## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PRAIRIE BAND POTAWATOMI NATION,
a federally recognized Indian Tribe,

       Plaintiff,

    vs.                               Case No. 5:24-cv-4066-KHV-RES

JACKSON COUNTY SHERIFF TIM MORSE,
in his official capacity, and JACKSON COUNTY
SHERIFF'S OFFICE,

       Defendants.

---

### Reply in Support of Motion to Dismiss, Doc. 10

Jackson County Sheriff Tim Morse submits this reply in support of his motion to dismiss. *Doc. 10.*

The response misrepresents Sheriff Morse's position and posits a straw man argument: "Defendants argue the Sheriff has unfettered authority to exercise civil and criminal jurisdiction over all of Jackson County, regardless of reservation lines." *Doc. 16*, p. 6. Sheriff Morse does not contend he possesses "unfettered authority" over any part of Jackson County. Rather, Sheriff Morse is a Kansas constitutional officer statutorily charged with preserving the peace, service of process in civil and criminal cases, and "apprehending or securing" those committing a felony or "breach of the peace." *See* Kan. Const. art. IX, § 2; K.S.A. 19-813. This is not a claim of "unfettered" civil or criminal authority.

First, Sheriff Morse disputes that PBPN Chief Clark told Sheriff Morse that Snak Atak had consented to the application of the Nation's laws to do business on the Reservation or that Sheriff Morse told Chief Clark that the Nation's officials would be arrested if they did not leave as alleged in ¶¶ 54 and 55 of the Complaint. For purposes of the motion to dismiss, however, those allegations are presumed to be true.