# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| PRAIRIE BAND POTAWATOMI NATION, a federally recognized Indian tribe, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 5:24-cv-04066-KHV-RES |
| JACKSON COUNTY SHERIFF TIM MORSE, in his official capacity, | ) ) ) ) | |
| Defendant. | ) | |

## PLAINTIFF PRAIRIE BAND POTAWATOMI NATION'S SUMMARY JUDGMENT EXHIBIT LIST

| Exhibit | Description |
|---|---|
| 1. | 12/20/1999 Inter-Governmental Cross Deputization Agreement of 1999 for Law Enforcement in the Prairie Band of Potawatomi Tribe (PBPN-000001-09) |
| 2. | Tim Morse Personnel file (PBPN-00355-402, PBPN-00404) |
| 3. | Potawatomi Law and Order Code. Section 1-1-1 (PBPN-000742) |
| 4. | Prairie Bank Potawatomi Tax Commission Application for Tribal Business License (PBPN-000226-32) |
| 5. | State of Kansas Office of Secretary of State Information Report for Wamego Store LLC (PBPN-000918-919) |
| 6. | January 26, 2024, License for Business Application (PBPN-000092) |
| 7. | January 26, 2024, Tribal Tobacco Distributor/Wholesaler or Retailer License Application (PBPN-000227-229) |
| 8. | January 26, 2024, Application for Liquor License (PBPN-000232) |
| 9. | January 26, 2024, Tribal Motor Fuel Distributor or Retailer License Application (PBPN-000230-31) |

| Exhibit | Description |
|---|---|
| 10. | February 17, 2016, Compact Relating to Cigarette and Tobacco Sales, Taxation and Escrow Collection between the State of Kansas and the Prairie Band Potawatomi Nation, § 4.01(a) (PBPN-000010-29) |
| 11. | October 29, 2025 Defendant's Response to Requestion for Admissions |
| 12. | February 5, 2024, Letter from Tonya Negonsott-Rodvelt to Wamego Store LLC (PBPN-000233-237) |
| 13. | February 6, 2024, Email from Tonya Negonsott-Rodvelt regarding Retail License (PBPN-000238) |
| 14. | February 1, 2024, Tribal Council Resolution 2024-043 Approving Liquor License (PBPN-000619-20) |
| 15. | February 6, 2024, Nation's Tax Commission Issuance of License to Snak Atak Travel Plaza (PBPN-000236) |
| 16. | May 28, 2024, PBPN Tax Commission Cease and Desist Order to Snak Atak(PBPN-000100-03) |
| 17. | May 28, 2024, Prairie Band Potawatomi Tribal Police Law Enforcement Affidavit/Narrative from Chief Terry Clark (PBPN-000075-76) |
| 18. | June 6, 2024, Prairie Band Potawatomi Tribal Police Law Enforcement Affidavit/Narrative from Michael Barnhart (PBPN-000077) |
| 19. | June 6, 2024, Prairie Band Potawatomi Tribal Police Law Enforcement Affidavit/Narrative from Dereck Martinez (PBPN-000078) |
| 20. | May 28, 2024, Officer Dereck Martinez Body Cam Footage (PBPN-000731) **(FILED CONVENTIONALLY)** |
| 21. | May 28, 2024, Terry Clark Body Cam Footage (PBPN-000737) **(FILED CONVENTIONALLY)** |
| 22. | May 28, 2024, Jose Martinez, Body Cam Footage (MORSE_000027) **(FILED CONVENTIONALLY)** |
| 23. | May 31, 2024, Email from Lee Hendricks regarding Jackson County Sheriff Interfering with Nation's Jurisdiction (MORSE_000002) |
| 24. | May 31, 2024, Email from Lee Hendricks to Darren Root and Russell Brien regarding Jackson County Sheriff Interfering with Nation's Jurisdiction (PBPN-000288) |
| 25. | October 29, 2025, Defendant's Response to Interrogatories |
| 26. | May 28, 2024, Sgt. Bryce Whelpley Body Cam Footage (MORSE_000025) **(FILED CONVENTIONALLY)** |
| 27. | May 28, 2024, Deputy Dereck Martinez Body Cam Footage (PBPN-000732) **(FILED CONVENTIONALLY)** |
| 28. | May 28, 2024, Sgt. Bryce Whelpley Body Cam Footage (MORSE_000026) **(FILED CONVENTIONALLY)** |
| 29. | June 28, 2024, Exclusion Complaint Form Pursuant to Potawatomi Law and Order Code Title 14 (PBPN-000630-32) (June 28, 2024) |

| Exhibit | Description |
|---|---|
| 30. | August 8, 2024, Combined Final Order of Exclusion and Writ of Execution (PBPN – 000836 – 000838) |
| 31. | February 3, 2025, Order (PBPN - 000921 – 000926) |
| 32. | September 1, 2021, Email to Terry Clark from Tim Morse regarding O Road (PBPN-000187) |
| 33. | August 26, 2021, OUTS – JASO – Call History Synopsis – Parking Incident (MORSE_000029-000032) |
| 34. | September 10, 2025, Certification Degree of Indian Blood of Kenneth Ordell Aitkens (PBPN-000808) |
| 35. | October 15, 2021, Prairie Band Potawatomi Nation Titles and Registration (PBPN-000809) |
| 36. | December 9, 2025, Deposition Pages 32-71 of Tonya Negonsott-Rodvelt |
| 37. | December 10, 2025, Deposition of Morse Tim |
| 38. | May 28, 2024, Text messages between Sheriff Tim Morse and Amit Mishra (MORSE_000035-39) |
| 39. | December 9, 2025, Deposition of Bethany Streeter |
| 40. | May 28, 2024, JCSO Call History Synopsis (MORSE_000009) |
| 41. | May 28, 2024, Photograph of Sheriff's Vehicles in Snak Atak Lot (PBPN-0000740) |
| 42. | May 28, 2024, JCSO Dispatch Audio File (MORSE_000017) **(FILED CONVENTIONALLY)** |
| 43. | December 10, 2025, Deposition of Terry Clark |
| 44. | December 9, 2025, Deposition Pages 47-49 of Tonya Negonsott-Rodvelt |
| 45. | December 9, 2025, Deposition Pages 49-50 of Tonya Negonsott-Rodvelt |
| 46. | November 18, 1999, Prairie Band Potawatomi Nation Police Department Oath of Office, Tim Morse (PBPN-000401) |
| 47. | February 9, 2000, Declaratory Judgment and Permanent Injunction – Kickapoo Tribe v. Shoemaker |

Respectfully submitted,

**STINSON LLP**

<u>s/ Jere Sellers</u>
Jere D. Sellers        KS #16405
Rachel E. North        D. Kan. #79121
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Tel:    (816) 691-3190
Fax:    (816) 412-8195
jere.sellers@stinson.com
rachel.north@stinson.com

-and-

**LIPPES MATHIAS LLP**

Carol Heckman, *pro hac vice*
Klint A. Cowan, *pro hac vice*
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
Tel:    (716) 853-5100
Fax:    (716) 853-5199
checkman@lippes.com
kcowan@lippes.com

**ATTORNEYS FOR PLAINTIFF**

5

## **CERTIFICATE OF SERVICE**

On February 13, 2026, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*s/ Jere Sellers*