# EXHIBIT 2

Lim Morse

## PRAIRIE BAND POTAWATOMI
## TRIBAL LAW ENFORCEMENT OFFICER

**Location:**   Prairie Band Potawatomi Reservation          Posting Date:  June 25, 1999
               Mayetta, Kansas                               Closing Date:  Until Filled

**Position:**   3 Law Enforcement Officers

**Salary:**     $12.00 hourly with Certification

**General Requirements:**  The tribal law enforcement officers shall be required to maintain the peace, welfare and safety of all within his or her jurisdiction.  The tribal law enforcement officers shall function under the terms of the current Prairie Band Potawatomi Law and Order Codes.  Tribal supervision will be from the Chief of Police.

**Duties:**
1. To diligently patrol the Prairie Band Potawatomi Reservation.
2. To aid in the prevention of crimes, or breach of peace and order, or any other offense.
3. To be alert for any suspicious activity and make documented observations as to the activity, persons, place or things in a neat, accurate and chronological series.
4. To enforce all laws and ordinances of the Prairie Band Potawatomi Reservation.
5. To maintain radio and/or telephone contact with the Prairie Band Potawatomi Law Enforcement department dispatch staff or proper personnel.
6. Familiarization of all local roads, highways, streets, towns, in the immediate area of operation.
7. To properly document all evidence as required by the rules of evidence and to properly protect any crime scene or chain of evidence that may used for prosecution of a crime at a latter time.
8. To accurately report in writing all required administrative data as required by tribal administrators.
9. The above duties are representative for this kind of position.  However, these duties may be added to or deleted as required.

**Qualifications:**
1. Possess a high school diploma, G.E.D., or associate degree in criminal justice or related field.
2. Possess a valid Kansas drivers license free of occupational restrictions.
3. Eligibility to possess a valid Kansas Law Enforcement Standards Board certification.
4. Meet or exceed all standard requirements for appointment as a Jackson County Sheriff Deputy.
5. A minimum of one (1) year verifiable law enforcement experience.
6. Be able to satisfactorily complete any and all assigned training designed to enhance or improve standard law enforcement skills.
7. Be able to satisfactorily complete a 90-day probationary period.
8. Ability to act in a professional manner with the general public.





**American Heart Association®**

Fighting Heart Disease and Stroke

## ACLS Provider

### TIM MORSE

This card certifies that the above individual has successfully completed the national cognitive and skills evaluations in accordance with the curriculum of the American Heart Association for the Advanced Cardiovascular Life Support Program.

09-2004

Issue Date

09-2006

Recommended Renewal Date



**KANSAS**

Board of Emergency Medical Services

TIM MORSE
is a certified
MICT
Cert.# Ø14697
Expires: Ø2/31/2ØØ7

Administrator, Board of EMS

American Academy of Pediatrics

DEDICATED TO THE HEALTH OF ALL CHILDREN

**PEPP**

Provider

### TIM MORSE

has successfully completed the Pediatric Education for Prehospital Professionals (PEPP) Course indicated on the reverse side in accordance with the curriculum of the American Academy of Pediatrics PEPP Program.

2/21/2005

Course Completion Date

2/21/2007

Recommended Renewal Date



**KANSAS DL**

COMM CLS
ISS 01-14-2005

SEX M HT 6-01
DOB

IN COMM CLS B
EXP 01-17-2011
EYES BLU WT 230
ENDRS
ORGAN DONOR ♥

MORSE, TIMOTHY A
24190 J ROAD
HOLTON, KS 66436

**American Heart Association®**

Learn and Live℠

## Healthcare Provider

### TIM MORSE

This card certifies that the above individual has successfully completed the national cognitive and skills evaluations in accordance with the curriculum of the American Heart Association for the BLS for Healthcare Providers (CPR & AED) Program.

02-2005

Issue Date

02-20

Recommended Renewal Date

EOT
11/3/99

PBPN-000357





PBPN-000358



# ACKNOWLEDGEMENT OF

# RECEIPT OF THE PRAIRE

# BAND POTAWATOMI

# NATION MOTOR VEHICLE

# POLICY & PROCEDURES

**I HAVE READ A COPY OF THE PRAIRIE BAND POTAWATOMI NATION MOTOR VEHICLE POLICY AND PROCEDURES ADOPTED SEPTEMBER 18, 2001 BY THE TRIBAL COUNCIL.**

**I ACCEPT THE RESPONSIBILITIES AS OUTLINED IN THE POLICY AND PROCEDURES AND AGREE TO ABIDE BY THEM**

_Tim Morse_
**PRINT NAME**

_2-7-06_
**DATE**

_(signature)_
**EMPLOYEE SIGNATURE**

**SIGN AND RETURN TO THE MOTOR VEHICLE DEPARTMENT**

PBPN-000359

# Employee Driver's Authorization Form

## APPLICANT'S DEPARTMENT INFORMATION

APPLICANT'S NAME (**LAST,    FIRST,    MIDDLE INITIAL**)

MORSE, TIM A

Name of Department  PTFD                                  Office Telephone # 966-2164

Office Mailing Address (Including Zip Code)

### Section 1 - PERSONAL DATA FROM CURRENT DRIVERS LICENSE    (Attach a copy of D.L. to application)

| State: | License Number: | Date Issued: | Date Expired: | Restrictions on State License: | |
|---|---|---|---|---|---|
| KS | ▮▮▮▮▮ | 1-14-05 | 1-17-11 | NONE | |
| SEX | Birth Date | Color of Hair | Color of Eyes | Height | Weight |
| Male ☒ Female ☐ | ▮▮▮▮▮ | BRO | BLUE | 601 | 230 |
| Residential Address | | City | State | Zip | |
| 24190 J. ROAD Holton | | Holton | KS | 66436 | |

### Section 2 - Vehicle Usage

The applicant will be authorized to operate vehicles within the department.

| GSA ☑ | | Tribal ☑ |
|---|---|---|

### Section 3 - Program Director

Applicant has a valid Kansas Driver's License and is authorized to operate motor vehicles.

YES ☑        NO ☐

### Section 4 - Signatures

Applicant has acknowledge the Policies and Procedures for the Motor Vehicle Department will comply to all rules and regulations.

**Employee Signature:** _Tim Morse_

Program Director: _David Rain_

Comments:

POSTED
BY·
DATE 1/27/03

PRAIRIE BAND POTAWATOMI NATION

DIRECT DEPOSIT REQUEST

Name: _Tim A. Morse_

COPY

Bank Name: ███████████████

Type of Account: ___X___Checking _____Saving

Bank Routing #: ████████████

Bank Account #: ███████████

Amount: $_____

Percent: _100_ %


Bank Name: _____

Type of Account: _____Checking _____Saving

Bank Routing #: _____

Bank Account #: _____

Amount: $_____

Percent: _____%


Bank Name: _____

Type of Account: _____Checking _____Saving

Bank Routing #: _____

Bank Account #: _____

Amount: $_____

Percent: _____%

PBPN-000361

**U.S. Department of Justice**
Immigration and Naturalization Service

Form I-9 (Rev. 11-21-91) N
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

Print Name: Last _Morse_   First _Tim_   Middle Initial _A_   Maiden Name

Address (Street Name and Number) _11567 39th_   Apt. #   Date of Birth (month/day/year)

City _Perry_   State _KS_   Zip Code _66073_   Social Security #

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☒ A citizen or national of the United States
☐ A Lawful Permanent Resident (Alien # A)
☐ An alien authorized to work until ___/___/___
  (Alien # or Admission #)

Employee's Signature _Tim A. Morse_   Date (month/day/year) _04 21 00_

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature   Print Name

Address (Street Name and Number, City, State, Zip Code)   Date (month/day/year)

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s).

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: | | | | |
| Issuing authority: | | | | |
| Document #: | | | | |
| Expiration Date (if any): ___/___/___ | | | | |
| Document #: | | | | |
| Expiration Date (if any): ___/___/___ | | | | |

CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appears to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) _11 13 99_ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

Signature of Employer or Authorized Representative _Rubina Eteeyan_   Print Name _Rubina Eteeyan_   Title _Assistant Director_

Business or Organization Name _PBP Nation_   Address (Street Name and Number, City, State, Zip Code) _15392 K Rd Mayetta, KS 66509_   Date (month/day/year) _7.24.00_

**Section 3. Updating and Reverification.** To be completed and signed by employer.

A. New Name (if applicable)   B. Date of rehire (month/day/year) (if applicable)

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.
Document Title:   Document #:   Expiration Date (if any): ___/___/___

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appears to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative   Date (month/day/year)

PBPN-000362

# ACKNOWLEDGEMENT OF RECEIPT OF

# THE PRAIRIE BAND POTAWATOMI NATION

# PERSONNEL POLICIES MANUAL

I HAVE RECEIVED AND READ A COPY OF THE PRAIRIE BAND POTAWATOMI NATION'S PERSONNEL POLICIES MANUAL ADOPTED JUNE 2, 1998 BY THE TRIBAL COUNCIL.

I ACCEPT THE RESPONSIBILITIES AS OUTLINED IN THE PERSONNEL POLICY MANUAL AND AGREE TO ABIDE BY THEM.

_Tim Mouse_
PRINT NAME

_[signature]_
EMPLOYEE SIGNATURE

_11-3-99_
DATE

PLEASE SIGN AND RETURN TO HUMAN RESOURCES.

PBPN-000363

**Prairie Band Potawatomi Nation**

14880 K Rd.
MAYETTA, KANSAS 66509-9114
785-966-2255

## CONFIDENTIALITY AGREEMENT

Due to the sensitivity in the nature of services provided by the Prairie Band
Potawatomi Indians, which includes Tribal records, and employee information, it is
required that this information to be handled in a private, confidential manner.

All employees' are expected to refrain from unauthorized, unofficial
announcements without proper approval from Tribal Council. Tribal records, minutes or
any official material will not be released to people or agencies at any time, unless written
consent is given by Tribal Council.

Names, addresses, phone numbers or any other pertinent information will only be
released to people authorized by the nature of their duties to receive such information and
only with the consent of the supervising authority.

As an employee of the Prairie Band Potawatomi Indians, you shall comply with all
requirements and provisions of Subpart D of 43, Part 2, which implements the Privacy Act
(5 U.S.C.), 552a, (i) (l).

The undersigned employee agrees to abide by this confidentiality agreement.

_____          11-3-99
Employee Signature                        Date

_____          11/3/99
Witness                                   Date

2/98

PBPN-000364

# CONSENT TO DRUG TESTING

I have read and I understand the Prairie Band Potawatomi's Drug-free Workplace Policy.

I further understand that my employer reserves the right to conduct drug tests, such as tests that analyze urine, and that a positive finding of such a test may subject me to disciplinary action up to and including termination of my employment.

I understand that I cannot be compelled to give a specimen of my urine for the purpose of determining the presence of drugs in my body system. I also understand that if I refuse to provide such a specimen or fail to cooperate with such tests, I may be subject to disciplinary action up to and including termination of my employment.

I hereby agree to provide urine specimens or other type of body material(s) when requested to do so by the Prairie Band Potawatomi Drug Coordinator and further authorize the testing agency to disclose to my employer the results of the drug testing.

Signed by *Tim A Morse*

Printed Name *Tim A. Morse*

Date *11-3-99*

Witness by *Michelle L Simon*

**H.R. 9-14-98**

PBPN-000365

# PRAIRIE BAND POTAWATOMI NATION
## APPLICATION FOR EMPLOYMENT

JUN 2 1 2000

Date: 6-21-00

## PERSONAL INFORMATION

Name: Morse        Tim        Allen        Social Security Number: ▇▇▇▇▇▇▇▇
     Last        First        Middle

Present Address: 11567 39th        Permanent Address: Same
Perry, KS 66073

Phone: 785-597-5964        Are you 18 years or older? ☒Yes  ☐No

Are you prevented from lawfully becoming employed in this country because of visa or immigration status?  ☐Yes  ☒No

## EMPLOYMENT DESIRED
Position: Paramedic / Fire fighter        Date you can start: 7-7-00        Salary Desired:

Are you employed now? ☒Yes  ☐No        If so, may we contact your present employer? ☒Yes  ☐No

Ever applied to the Nation before? ☒Yes  ☐No  When? for Police officer    Referred by?

| EDUCATION | Name and Location of School | Years Attended | Did You Graduate? | Subjects Studied |
|---|---|---|---|---|
| Grammar School | | | | |
| High School | Perry Lecompton High Perry, KS | 1985 | Yes | |
| College | University of KS, Washburn Coffeyville Commn College | 85-97 | Yes | Poli Sci, Paramedic |
| Trade, Business, Correspondence School | | | | |
| Other Training | Law Inforcement Academy Part time Full Time | 1999 2000 | | State Certification |

## GENERAL

Subjects of Special Study or Research Work: PARAMEDIC -ACLS, NAL, MICT, EMT-P Klete certified - battle

Special Skills: Able to Think well under pressure - have experience with volunteer Fire Dept, Also with EMS services

Activities: (Civic, Athletic, Etc.)

Exclude organizations the name of which indicates the race, creed, sex, age, marital status, color or nation of origin of its members.

U.S. Military or Naval Service        Rank        Present Membership in National Guard or Reserves? ☐Yes  ☒No

PBPN-000366

**EMPLOYMENT HISTORY** (List below your last three employers, beginning with your current or most recent employer.)

| Date (Month and Year) | Name and Address of Employer | Salary | Position | Reason for Leaving |
|---|---|---|---|---|
| To Present / From 11-99 | Potawatomi Tribal Police | 12¹²/hr | Police Officer | Present |
| To 11-99 / From 10-98 | Perry Police Dept | 8/hr | Police Officer | Wage increase |
| To 3-94 / From 5-99 | Jefferson Co EMS & 911 | | EMT-Dispatcher | wage increase |

Which of these jobs did you like best? _I enjoy all types of Community Service_

What did you like most about this job? _Helping people_

**REFERENCES** (List three persons not related to you, whom you have know at least one year)

| Name | Address/Phone Number | Business | Years Known |
|---|---|---|---|
| Clay Mchardie | Perry, ks 597-5590 | Perry Police | 5 |
| Wade Schneider | Perry, KS 597-2314 | Perry Police | 10 |
| Mark Koch | Oskaloosa, ks 863- | Perry Police | 2 |

In case of Emergency Contact: _Mellissa Morse_ _11567 39ᵗʰ Perrylos_ _597-5964_
                              Name                Address              Phone Home/Work

I certify that all the information submitted by me on this application is true and complete, and I understand that if any false information, omissions, or misrepresentations are discovered, my application may be rejected and, if I am employed, my employment may be terminated at any time.

In consideration of my employment, I agree to conform to the Prairie Band of Potawatomi Nation's rules and regulations, and I agree that my employment and compensation can be terminated, with notice, at any time, at either my or the Nation's option. I understand that no representative, other than the Tribal Council and then only when in writing by Resolution, has any authority to enter into any agreement for employment for any specific period of time or to make any agreement contrary to the foregoing.

Date 0621-00          Signature _Tim L Morse_

**DO NOT WRITE BELOW THIS LINE**

Interviewed by: _____     Date _____
Remarks: _____

_____

| On-Time | Ability | Neatness | Demeanor | ☐ Recommend | ☐ Do Not Recommend |
|---|---|---|---|---|---|

# APPLICATION FOR EMPLOYMENT
(PRE-EMPLOYMENT QUESTIONNAIRE) (AN EQUAL OPPORTUNITY EMPLOYER)

*RECEIVED SEP 27 1999*

*Morse* (right margin, LAST)

## PERSONAL INFORMATION

DATE **09/3/1999**

NAME **Morse** (LAST) **Tim** (FIRST) **Allen** (MIDDLE)   SOCIAL SECURITY NUMBER ▮▮▮▮

PRESENT ADDRESS **11567 39th** (STREET) **Perry** (CITY) **KS** (STATE) **66073** (ZIP)

PERMANENT ADDRESS **Same** (STREET) (CITY) (STATE) (ZIP)

PHONE NO. **785-597-5964**   ARE YOU 18 YEARS OR OLDER? Yes ☒ No ☐

ARE YOU PREVENTED FROM LAWFULLY BECOMING EMPLOYED IN THIS COUNTRY BECAUSE OF VISA OR IMMIGRATION STATUS? Yes ☐ _____ No ☒

## EMPLOYMENT DESIRED

POSITION **Tribal Police Officer**   DATE YOU CAN START **2 week from hire**   SALARY DESIRED **12⁰⁰ per hour**

ARE YOU EMPLOYED NOW? **Yes**   IF SO MAY WE INQUIRE OF YOUR PRESENT EMPLOYER? **Yes**

EVER APPLIED TO THIS COMPANY BEFORE? **No**   WHERE?   WHEN?

REFERRED BY

| EDUCATION | NAME AND LOCATION OF SCHOOL | *NO OF YEARS ATTENDED | *DID YOU GRADUATE? | SUBJECTS STUDIED |
|---|---|---|---|---|
| GRAMMAR SCHOOL | Holy Name | 6 | Yes | Elementary |
| HIGH SCHOOL | Perry Lecompton High | 1 | Yes | |
| COLLEGE | KU/Washburn/coffeyville | 6 | yes paramedic no poli sci | political science Paramedic |
| TRADE, BUSINESS OR CORRESPONDENCE SCHOOL | | | | |

## GENERAL

SUBJECTS OF SPECIAL STUDY OR RESEARCH WORK **Studied Emergency Medicine at Coffeyville. Attented Kansas law enforcement academy.**

SPECIAL SKILLS **MICT, EMT-Paramedic, NCIC certified, EMD,**

ACTIVITIES: (CIVIC, ATHLETIC, ETC.)
EXCLUDE ORGANIZATIONS, THE NAME OF WHICH INDICATES THE RACE, CREED, SEX, AGE, MARITAL STATUS, COLOR OR NATION OF ORIGIN OF ITS MEMBERS.

U.S. MILITARY OR NAVAL SERVICE     RANK     PRESENT MEMBERSHIP IN NATIONAL GUARD OR RESERVES

*This form has been revised to comply with the provisions of the Americans with Disabilities Act and the final regulations and interpretive guidance promulgated by the EEOC on July 26, 1991.

FORM (02-91)     (CONTINUED ON OTHER SIDE)     LITHO IN U.S.A.

PBPN-000368

**FORMER EMPLOYERS** (LIST BELOW LAST THREE EMPLOYERS, STARTING WITH LAST ONE FIRST).

| DATE MONTH AND YEAR | NAME AND ADDRESS OF EMPLOYER | SALARY | POSITION | REASON FOR LEAVING |
|---|---|---|---|---|
| FROM 6/99 TO Present | Shawnee County Emergency Communications Center | $9/hr | Dispatcher | |
| FROM 9/98 TO Present | Perry Police Department | $8/hr | police officer | |
| FROM 3/95 TO 5/99 | Jefferson Co. 911 / Still part-time | 9+/hr | Dispatcher | Desire to seek full time law enforcement |
| FROM 9/94 TO Present | Jefferson Co EMS | 8/hr | MEDIC | Full time work in Emergency Services |

WHICH OF THESE JOBS DID YOU LIKE BEST? Police department

WHAT DID YOU LIKE MOST ABOUT THIS JOB? The diversity of each call

**REFERENCES:** GIVE THE NAMES OF THREE PERSONS NOT RELATED TO YOU, WHOM YOU HAVE KNOWN AT LEAST ONE YEAR.

| NAME | ADDRESS | BUSINESS | YEARS ACQUAINTED |
|---|---|---|---|
| 1. Jim Vanderbelt | 300 Jefferson, Oskaloosa | Jefferson Co. Attorney | 4 yrs |
| 2. Kaci Adams | Rt 1 Edna, KS | Paramedic Instructor | 4 yrs |
| 3. Bob Norris | Rt 1 Perry, KS 66023 | Minister | 12 yrs |

THE FOLLOWING STATEMENT APPLIES IN: MARYLAND & MASSACHUSETTS. (Fill in name of state)
IT IS UNLAWFUL IN THE STATE OF _____ TO REQUIRE OR ADMINISTER A LIE DETECTOR TEST AS A
CONDITION OF EMPLOYMENT OR CONTINUED EMPLOYMENT. AN EMPLOYER WHO VIOLATES THIS LAW SHALL BE
SUBJECT TO CRIMINAL PENALTIES AND CIVIL LIABILITY.

**Signature of Applicant**

IN CASE OF EMERGENCY NOTIFY Mellissa Morse    11567 39th  Perry, KS    785 597 5964
NAME                          ADDRESS                              PHONE NO.

"I CERTIFY THAT ALL THE INFORMATION SUBMITTED BY ME ON THIS APPLICATION IS TRUE AND COMPLETE, AND I UNDERSTAND THAT IF ANY FALSE INFORMATION, OMISSIONS, OR MISREPRESENTATIONS ARE DISCOVERED, MY APPLICATION MAY BE REJECTED AND, IF I AM EMPLOYED, MY EMPLOYMENT MAY BE TERMINATED AT ANY TIME.
IN CONSIDERATION OF MY EMPLOYMENT, I AGREE TO CONFORM TO THE COMPANY'S RULES AND REGULATIONS, AND I AGREE THAT MY EMPLOYMENT AND COMPENSATION CAN BE TERMINATED, WITH OR WITHOUT CAUSE, AND WITH OR WITHOUT NOTICE, AT ANY TIME, AT EITHER MY OR THE COMPANY'S OPTION. I ALSO UNDERSTAND AND AGREE THAT THE TERMS AND CONDITIONS OF MY EMPLOYMENT MAY BE CHANGED, WITH OR WITHOUT CAUSE, AND WITH OR WITHOUT NOTICE, AT ANY TIME BY THE COMPANY. I UNDERSTAND THAT NO COMPANY REPRESENTATIVE, OTHER THAN IT'S PRESIDENT, AND THEN ONLY WHEN IN WRITING AND SIGNED BY THE PRESIDENT, HAS ANY AUTHORITY TO ENTER INTO ANY AGREEMENT FOR EMPLOYMENT FOR ANY SPECIFIC PERIOD OF TIME, OR TO MAKE ANY AGREEMENT CONTRARY TO THE FOREGOING."

DATE 9-13-99    SIGNATURE [signature] Morse

**DO NOT WRITE BELOW THIS LINE**

INTERVIEWED BY _____    DATE _____

REMARKS: _____

NEATNESS _____    ABILITY _____

HIRED: ☐ Yes ☐ No    POSITION _____    DEPT. _____

SALARY/WAGE _____    DATE REPORTING TO WORK _____

APPROVED: 1. _____  2. _____  3. _____
EMPLOYMENT MANAGER        DEPT. HEAD        GENERAL MANAGER

This form has been designed to strictly comply with State and Federal fair employment practice laws prohibiting employment discrimination. This Application for Employment Form is sold for general use throughout the United States. TOPS assumes no responsibility for the inclusion in said form of any questions which, when asked by the Employer of the Job Applicant, may violate State and/or Federal Law.

PERRY 000260

**Tim Morse**
11567 39th St.
Perry, Kansas 66073
(785) 597-5964 (H) (785)-838-1379 (P)
medic@nowonder.com

Objective: **Law Enforcement Officer**

# Professional Experience

**Jefferson County Ambulance Service**             1994 to Present
Oskaloosa, Kansas
    Paramedic

**Jefferson County 911**
Oskaloosa, Kansas
    Police/Fire/EMS Dispatcher             1995 to Present

**Emergency Medical Consultants**             Present
Perry, Kansas
    Set Medic

**Perry Police Department**             1998 to Present
Perry, Kansas
    Police Officer

**Shawnee County Emergency Communications**             1999-Present
Topeka, Kansas
Police/Fire/EMS Dispatcher

_____

# Education

**University of Kansas**             1985-1991
Lawrence, Kansas
    Political Science (4yrs) (in pursuit) (120 hrs)

**Neosho Community College**             1992
Garnett, Kansas
    Emergency Medical Training

**Coffeyville Community College**             1995
Coffeyville Kansas (60hrs plus)
    Paramedic Training

PBPN-000370

**Kansas Law Enforcement Training Center**                1999
Hutchison, Kansas
Law Enforcement Training

* **Nationally Registered Paramedic**
* **Kansas Certified Paramedic**
* **Advanced Cardiac Life Support Certified Instructor**
* **Neonatal Advanced Life Support Certified**
* **Professional Rescuer CPR Certified**
* **Emergency Medical Dispatcher Certified**
* **National Crime Information Computer Certified**
* **Emergency Vehicle Operator Certified**
* **Power Phone Law Enforcement Crisis Management Certified**
* **Perfect Driving Record**
* **Hazmat Awareness Certified**
* **NWS Severe Wx Training**
* **Served on Douglas Co. Disaster Drill Committee**
* **Familiar With Radio Communications Equipment**
* **Police Officer**
* **Dopplar Radar Certified**

------------------------------------------------------------

## Organizations
**Skywarn of Douglas County**
    President and Wx Spotter                1988-1994
**Osage Co. Dist. 4 Fire**
    Fire Fighter                1990-1991
**Lecompton EMS**
    EMT                1992-1993
**Kansas Sunflower Games**
    Emergency Comm. Coordinator                1991

------------------------------------------------------------

## Medical Services For Films
**Mars Attacks**  Warner Brothers                1996
**Deadly Visions (Love Kills)**   ABC Movie of the Week                1996
**To Ride With the Devil**        Maple Wood/Universal                1998
**Monday After the Miracle**   CBS Movie of the Week                1998

**References Upon Request**

PBPN-000371

# PRAIRIE BAND OF POTAWATOMI NATION

## Human Resources

15392 K Road
Mayetta, KS 66509
785-966-3060
785-966-3062 Fax

October 26, 1999

Dear Tim,

Congratulations!  We are happy to offer you a position as Law Enforcement Officer for the Prairie Band Potawatomi Nation's Law Enforcement Department.

We understand that you need to give your current employer proper notice.  Would you please forward a written acceptance letter, including a starting date to my office.

Your title will be Law Enforcement Officer.  Your immediate supervisor will be Jim Battese, Police Chief.  Your salary level will be starting pay $11.00 an hour.  You will serve a one year probationary period.  After successful completion of this period you may be considered a permanent employee, with the opportunity for a one-step pay increase.

Our pay period runs weekly with the new pay period starting on Wednesday, which is also payday.  You will earn 2 hours of sick leave, and 2 hours of annual leave per pay period.  Sick leave may be used after the completion of one month's consecutive employment.  Annual leave may be used after the successful completion of the probation period.  We also have a wonderful benefit package which includes Health Insurance, Life Insurance, a Dental Plan, a Vision Plan, and a 401 K Plan.

As advised, you will be required to test for our Drug-Free Workplace Policy as a condition of employment, and also consent to random testing in the future.

Again, we look forward to having you on board.

Sincerely,

*Rubina Eteeyan*

Rubina Eteeyan
Human Resources Office Manager

PBPN-000372

## TIM MORSE

11567 39th Street
Perry, Kansas 66073

June 27, 2000

Dale Delg
Human Resources

Dear Delg:

I accept the position of Firefighter/Paramedic with the Tribal Fire Department.

Sincerely,

Tim Morse
MICT EMT-P

## TIM MORSE

11567 39th Street
Perry, Kansas 66073

October 27, 1999

Prairie Band Potawatomi Nation
Human Resources Department
Mayetta, Ks 66509



Dear Rubina:

I just would like to inform you that I accept the position of a Law Enforcement Officer.  I am
available at anytime to begin. Please feel free to contact me at 785-597-5964.

Sincerely,

Tim Morse

PBPN-000374

## TIM MORSE

11567 39th Street
Perry, Kansas 66073

September 21, 1999

Prairie Band Tribal Police
15392 K Road
Mayetta, Kansas 66509

Dear Cheri Micol Smith:

I am very interested in being apart of your department. I filled out the application the best that I could. I have not had a physical in the last 60 days so I could not fill out that part. I you have any questions at please contact me at 785-597-5964.

Sincerely,

Tim Morse

RECEIVED
SEP 27 1999
CS

# SUPPLEMENTAL DATA
## FOR
## BACKGROUND CHECKS (PLEASE PRINT CLEARLY)

NAME: <u>Morse</u>    <u>Tim</u>    <u>Allen</u>     Date of Birth: ████████
    Last       First       Middle             Month/Day/Year

Maiden Name or Other Names Used Within the Past Five (5) Years:

(List Name and Year each time name changed)

Driver's License Number: ███████████    Type: <u>B</u>    State: <u>KS</u>

## HOME ADDRESS FOR PAST FIVE (5) YEARS
(Use additional page if needed)

<u>11567 39th</u>   <u>Perry,</u>   <u>ks</u>   <u>66073</u>   From: <u>11/1983</u>    To: <u>present</u>
Address    City    State    Zip Code     Month/Year       Month/Year

<u>115 W5th</u>   <u>Perry</u>   <u>ks</u>   <u>66073</u>   From: <u>8/1991</u>    To: <u>11/1983</u>
Address    City    State    Zip Code     Month/Year       Month/Year

<u>R+2 Box 157 overbrook, ks 66524</u>   From: <u>6/1986</u>    To: <u>8/1991</u>
Address    City    State    Zip Code     Month/Year       Month/Year

Address    City    State    Zip Code     From: _____ Month/Year    To: _____ Month/Year

Address    City    State    Zip Code     From: _____ Month/Year    To: _____ Month/Year

# EDUCATION

Name of High School: _Perry lecompton_    Years Attended: _1 (skye)_

Address: _Perry_ _Ks_ _66023_    Diploma Received: (YES) NO.    YEAR: _1985_
    Street or P.O. Box    City    State    Zip Code

Name of College: _University of Kansas / washburn_    Years Attended: _4_

Address: _Laurence_ _Ks_ _66046_    Diploma Received: YES (NO)    YEAR: _____
    Street or P.O. Box    City    State    Zip Code

Degree/Major: _Poli Sci 120 hrs_    Date Degree Received: _____

List last name/s if different than above at time of high school or college attendance:

Type of Professional License/Certification: _Paramedic_

License or Certification Number: _____    Date Received: _6/97_

Location where License or Certification was received: _Cotteyville, Ks_

# EMPLOYMENT HISTORY
(List MOST RECENT first and include Military Service)

May we contact Present Employer? (YES) NO (If No, Please Explain)

1. Name of Employer: _Shawnee County Emergency Comm_ . Telephone Number: _785-368-9200_
                                                                         Area Code/Number/Extension
  _320 S Kansas Topeka Ks 66603_ Name of Supervisor: _Singer Bill_
  Full mailing address    City    State    Zip Code                     Last      First    MI

  Employment Dates: From _6/99_ To: _Present_    Supervisors Title: _Director_
                   Month/Day/Year      Month/Day/Year

  Position Held: _Dispatcher_    Reason for Leaving: _____

PBPN-000377

2. Name of Employer: Perry Police Dept

Telephone Number: 785 863 2351
Area Code/Number/Extension

115 Elm, P.O. Box 724 Perry, Ks 66073
Full mailing address    City    State    Zip Code

Name of Supervisor: Mchardie, Clay
Last    First    MI

Employment Dates: From: 10/98
Month/Day/Year
To: Present
Month/Day/Year

Supervisors Title: Chief

Position Held: Police Officer

Reason for Leaving:

---

3. Name of Employer: Jefferson County 911

Telephone Number: 785 863 2247
Area Code/Number/Extension

507 Delaware Oskaloosa, Ks 66066
Full mailing address    City    State    Zip Code

Name of Supervisor: Newell, Susan
Last    First    MI

Employment Dates: From: 3/95
Month/Day/Year
To:
Month/Day/Year

Supervisors Title: Director

Position Held: Dispatcher

Reason for Leaving:

---

4. Name of Employer: Jefferson Co. EMS

Telephone Number: 785 863 2278
Area Code/Number/Extension

1240 Walnut Oskaloosa, Ks 66066
Full mailing address    City    State    Zip Code

Name of Supervisor: Dailey    Dan
Last    First    MI

Employment Dates: From: 4/94
Month/Day/Year
To: Present (Parttime)
Month/Day/Year

Supervisors Title: Director

Position Held: Medic

Reason for Leaving:

---

5. Name of Employer: Emergency Medical Cons.

Telephone Number:
Area Code/Number/Extension

Perry    Ks    66073
Full mailing address    City    State    Zip Code

Name of Supervisor: Woodard, Dave
Last    First    MI

Employment Dates: From: 2/95
Month/Day/Year
To: Present
Month/Day/Year

Supervisors Title: Owner

Position Held: Paramedic / Set Medic

Reason For Leaving:

PBPN-000378

# REFERENCES
Three (3) references MUST be Professional

1. Name: Jason Boyer

   Address: Rt 1       Meriden, KS

   Business Address: 1360 Walnut, Oskaloosa, Ks

   Telephone Number: Home: (   ) _____   Business: (785) 863-2351

   Years Known Socially: 5   Professionally: 5

   Relation or Job Title: Deputy Sheriff

2. Name: Rick Stanton

   Address: Rt 1  Ozawkie, KS

   Business Address:

   Telephone Number: Home: 785 876-2908   Business: (   ) _____

   Years Known Socially: 4   Professionally: 4

   Relation or Job Title: Dispatcher

3. Name: Tim Dooley

   Address: R 1 Meriden, ks

   Business Address:

   Telephone Number: Home: (785) 484-2814   Business: (785) 863-2278

   Years Known Socially: 5   Professionally: 5

   Relation or Job Title: Paramedic

4. Name: Russ Dunn

   Address: 2149 Mt Vernon RD SE

   Cedar Rapids, IA 52403

   Business Address:

   Telephone Number: Home: (319) 365-5127   Business: (   ) _____

   Years Known Socially: 15   Professionally: 5

   Relation or Job Title: EMT / Police Officer

# BACKGROUND INFORMATION
Please Read Carefully and Thoroughly

Your answers should include convictions resulting from a plea of nolo contendere (no contest), but omit: (1) traffic fines of $300.00 or less, (2) any violation of law committed before your 16th birthday, (3) any violation of law committed before your 18th birthday if finally decided in juvenile court or under a Youth Offender law, (4) any conviction set aside under the Federal Youth corrections Act or similar State law, and (5) any conviction whose record was expunged under Federal or State law.

Section 231 of the Crime Control Act of 1990, Public Law 101-647, require that employment applications for Federal child care positions have applications sign a receipt of notice that a criminal records check will be conducted.

1.   Have you ever been arrested for or charged with a crime involving a child?   YES   NO 

PBPN-000379

If "Yes", use the Additional Space section at the end of this application to provide the date, explanation of the violation, disposition of the arrest or charge, place or occurrence and the name and address of the police department or court involved.

Section 408 of the Miscellaneous Indian Legislation, Public Law 101-630, requires a criminal records check for positions with regular contact with, or control over Indian Children.

2.    Have you ever: (1) been arrested for or charged with a crime involving a child, and/or (2) been found guilty of, or entered a plea of nolo contendere or guilty to, any offense under Federal, State, or tribal law involving crimes of violence; sexual assault, molestation, exploitation, contract or prostitution, or crimes against persons?    YES / NO
      If "Yes", use the Additional Space section at the end of this application to provide the date, explanation of the violation, disposition of the arrest or charge, place of occurrence, and the name and address of the police department or court involved.

3.    During the last 10 years, have you been convicted, been imprisoned, been on probation, or been on parole?  (Includes felonies, firearms, or explosives violations, misdemeanors, and all other offenses.)    YES / NO
      If "Yes", use the Additional Space section at the end of this application to provide the date, explanation of the violation, place of occurrence, and the name and address of the police department or court involved.

4.    Have you been convicted by a military court-martial in the past 10 years?  (If no military service, answer "No.")    YES / NO
      If "Yes", use the Additional Space section at the end of this application to provide the date, explanation of the violation, place of occurrence, the name and address of the military authority or court involved.

5.    Are you under charges for any violation of law?    YES / NO
      If "Yes" use the Additional Space section at the end of this application to provide date, explanation of the violation, place of occurrence, and the name and address of the police department or court involved.

6.    During the last 5 years, were you fired from any job for any reason, did you quit after being told that you would be fired, did you leave any job by mutual agreement because of specific problems, or were you debarred from Federal, State, or Tribal employment by such respective Agency and/or Tribe.    YES / NO
      If "Yes", use the Additional Space section at the end of this application to provide the date, an explanation of the problem and reason for leaving, and the employer's name and address.

7.    Are you delinquent on any Federal debt?  (Includes delinquencies arising from Federal taxes, loans, overpayment of benefits, and other debts to the U.S. Government, plus defaults of Federally guaranteed or insured loans such as student and home mortgage loans.)    YES / NO
      If "Yes" use additional space to provide the type, length, and amount of the delinquency or default, and steps that you are taking to correct the error or repay the debt.

# ADDITIONAL SPACE

**(Use Separate Sheet for additional information, if necessary)**

I, __Tim A. Morse__, certify that my response to these questions are made under Federal penalty of
   (Print Full Name)

perjury, which is punishable by fines or imprisonment, and that I have received notice that a criminal check will be conducted. I understand my right to challenge the accuracy and completeness of any information contained in the report.

_Tim A. Morse_                                    9 - 13 - 99

Signature of Employee/Applicant                  Date

Telephone

## AUTHORIZATION FOR RELEASE OF INFORMATION

I hereby authorize _____ to conduct an investigation into my personal background for the purpose of evaluating my qualification for employment, promotion, reassignment or retention as an employee. I acknowledge and agree that _____ may conduct all or part of such investigation. I also acknowledge and agree that _____

may obtain information pursuant to such investigation through personal interview with acquaintances, business associates and other persons who may have knowledge as to my personal and professional background. I further acknowledge and agree that inquiry into my character, personal characteristics, credit, employment history and public record information (e.g., record of civil judgement, convictions, motor vehicle violations, tax liens, or bankruptcy information) as well as diplomas, degrees, licenses and transcripts may be relevant to evaluation of my qualifications and that such inquiry will be made pursuant to such investigation to release and disclose it to _____ I hereby release

and any person providing information in connection therewith from any and all liability which may arise in connection with the above described background investigation. In authorizing such investigation, I hereby voluntarily provide the following supplemental data to insure that any records located which may refer to a person with a name identical or similar to mine are properly determined as referring to, or not to me. I understand that I am not required to provide the supplemental data, and that if I do so it will be used only in connection with the investigation authorized herewith.

I have been advised and I understand that I have the right to make a written request within thirty (30) days from the date hereof to receive information concerning the nature and scope of the above described background investigation. The foregoing is in accordance with my understanding and agreement and my signature on this "Authorization for Release of Information" confirms my acceptance hereof. Copies of the "Authorization for Release of Information" that show my signature are as valid as the original "Authorization for Release of Information" signed by me. Before signing, I have had the opportunity to review this document with anyone of my choosing, including an attorney.

| *Tim A Moise* | *Tim A. Moise* |
|---|---|
| Signature of Applicant | Print Name/Date |

This "Authorization for Release of Information" shall not be valid later than ninety (90) days from the date signed above. You may be asked to complete a new "Authorization for Release of Information" upon the expiration of such ninety (90) day period.



## BACKGROUND INVESTIGATION WORKBOOK
## FOR EMPLOYMENT CANDIDATES

I CERTIFY THAT I HAVE ANSWERED ALL QUESTIONS IN THIS WORKBOOK
COMPLETELY AND TRUTHFULLY TO THE BEST OF MY ABILITY AND
KNOWLEDGE.   I UNDERSTAND THAT FALSIFICATION OR MISINFORMATION IS
GROUNDS FOR DISQUALIFICATION OR DISMISSAL.

9-13-99
DATE

CANDIDATE'S SIGNATURE

PBPN-000383

# PRAIRIE BAND POTAWATOMI TRIBAL POLICE DEPARTMENT

### BACKGROUND INVESTIGATION WORKSHEET

**NOTICE:** Because of the sensitive nature of law enforcement positions, a thorough background investigation is required of all candidates. This investigation requires information broader in scope than that found for non-sensitive positions. Prairie Band Potawatomi Tribal Police Department does not discriminate on the basis of sex, race, creed, color, or national origin. Age guidelines as mandated by State and Federal law will be followed. Prairie Band Potawatomi Tribal Police Department is an equal opportunity employer and welcomes minority applicants.

## READ THESE INSTRUCTIONS CAREFULLY BEFORE PROCEEDING

These instructions are provided as a guide to assist you in properly completing your Background Investigation Worksheet. It is essential that the information be accurate in all respects. It will be used as the basis for a background investigation that will determine your eligibility for employment.

1) Your Background Investigation Worksheet should be printed legibly in ink. Do not type or write in script form.

2) If a question is not applicable to you, enter N/A in the space provided.

3) Avoid errors by reading the directions carefully before making any entries on the form. Be sure your information is correct and in proper sequence before you begin.

4) You are responsible for obtaining correct and complete addresses. If you are not sure of an address, check it by personal verification. Your local library may have a directory service or copies of local phone directories.

5) If there is insufficient space on the form for you to include all information required, attach extra sheets to the Background Investigation Worksheets. Be sure to reference the relevant section and question number before continuing your answer.

6) An accurate and complete form will help expedite your investigation. On the other hand, deliberate omissions or falsifications will result in disqualification.

7) Attach copy of high school transcripts.

8) Attach copy of college transcript, if applicable.

9) Attach a color photo of yourself (Polaroid is acceptable). The photograph will not be returned.

10) If you have served in the military, attach copy of DD-214.

Date of Application: _09_   _20_   _99_
                     Month  Day   Year

1a)   Legal Name: _Morse_ _Tim_ _Allen_
                  Last       First      Middle

1b)   Present Address:
      _11567 39Th_
           Number          Street
      _Perry_              _KS_           _66073_
           City            State          Zip Code

1c)   Telephone Number: (_785_) _597_ - _5964_

1d)   Date of Birth: ████████████████
                     Month    Day    Year

1e)   Nickname(s), Maiden name, or other names by which you have
      been know: _____

1f)   Social Security Number: ██████████████

1g)   Place of Birth: _Topeka_ _Shawnee_ _KS_
                         City      County    State

1h)   Are you a U.S. citizen?  Yes _X_  No ___
      If naturalized, list date and place: _____

1i)   Driver's License Number: ████████████
      State of Issue: _KS_              Type: _B_
      Date of Expiration: _1-17-05_     Restrictions: _NONE_

1j)   Height: _601_          Weight: _240_

1k)   Color of Eyes: _Blue_      Color of Hair: _BROWN_

1l)   Sex: _Male_      Age: _32_

1m)   Race: _White_      If Native American  Tribe: _____

                         Enrollment Number: _____

1n)   Scars, Tattoos or other distinguishing marks: _NONE_
      _____

Page 1

PBPN-000385

2)  **RESIDENCES**

List all addresses where you have lived during the past 10 years,
beginning with the present address.  List the date by month and
year.  Attach an extra page if necessary.

**From**          **To**          **Address**

9/93          present          11567 39Th
                               Perry, Ks 66073

10/91          9/93          115 w. 5th
                             Perry, Ks 66073

6/86          10/91          R2 Box 154A
                             Overbrook, Ks 66524

Page 2

PBPN-000386

3) · **SCHOOL HISTORY**

3a)  List each college, technical school, high school, junior high, and grammar school attended as well as the city and state where the school is located and the month and year started and finished.  Don't list military or correspondence courses or schools.

| | DATE | | | |
|---|---|---|---|---|
| | **FROM** | **TO** | **NAME OF SCHOOL** | **CITY AND STATE** |
| 1. | 8/85 | 5/92 | University of Kansas | Lawrence, KS |
| 2. | 8/87 | 5/88 | WAshburn | Topeka, KS |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

3b)  List degrees or certifications of completion from technical schools.  If the degree involved honors such as "Magna Cum Laude" or was otherwise notable, please indicate in the column marked "Remarks."

| | **DEGREE/ MAJOR** | **G.P.A.** | **NAME OF SCHOOL** | **REMARKS** |
|---|---|---|---|---|
| 1. | PARamedic | 3.8 | Coffeyville Comm College | |
| 2. | | | | |

3c)  List any special licenses you hold (such as pilot, radio operator, scuba, etc.)

| **LICENSE** | **NUMBER** | **DATE ISSUE** | **DATE EXPIRATION** | **REMARKS** |
|---|---|---|---|---|
| ParAmedic | | 7/97 | 2001 | |
| | | | | |

3d)  List any specialized machinery or equipment which you can operate.

Most all types of Heavy Equipment —

3e)  If you are fluent in a foreign language, indicate in each area your degree of fluency ( Excellent, Good, or Fair )

| **LANGUAGE** | **READING** | **SPEAKING** | **UNDERSTANDING** | **WRITING** |
|---|---|---|---|---|
| | | | | |
| | | | | |

3f)  List any other special skills or qualifications you may possess.

Page 3

4)    **MILITARY HISTORY**

| Military Branch | Date of Entry | Date of Exit | Rank at Discharge |

| Unit Assignment | | Location | |

| Unit Assignment | | Location | |

| Type of Discharge | | Current Draft Status | |

Reserve Status    [ ] Ready Reserve    [ ] Standby    [X] None

[] Yes  [X] No    4a)    Were you ever rejected for military
                         service?

[] Yes  [X] No    4b)    Have you ever filed for conscientious
                         objector status?

    If you answer "Yes" to any of the questions above, please
explain in the space provided on the last page.

[] Yes  [X] No    4c)    Were you ever charged with violations of the
                         Uniform Code of Military Justice while
                         serving in the Armed Forces?

    If you answer "yes" to the question above, fill in below.

| CHARGE | AGENCY | DATE | AGE AT TIME | DISPOSITION |
|--------|--------|------|-------------|-------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

4d)  If you received a discharge other then HONORABLE, give
complete details.

_____
_____
_____
_____
_____

Page 4

5) **FINANCIAL RECORD**

Indebtedness involving you, your spouse, or ex-spouse: don't include credit cards.

| TO WHOM OWED PAYMENT/MONTH | ADDRESS | BALANCE DUE |
|---|---|---|
| 1) | | |
| 2) | | |
| 3) | | |

Name and Address of your Bank          Telephone Number
▮▮▮▮▮▮▮▮▮▮▮                            785-597-5711
402 Plaza Dr, Perry, KS
Checking Acct. Number: ▮▮▮▮▮▮▮▮
Saving Acct. Number: _____

| YES | NO | | |
|---|---|---|---|
| [ ] | [X] | 5a) | Have you/your spouse ever had your wages attached (garnished)? |
| [ ] | [X] | 5b) | Have you/your spouse ever been party to small claims court action? |
| [ ] | [X] | 5c) | Do you/your spouse have any civil court actions pending? |
| [ ] | [X] | 5d) | Have you/your spouse ever had any judgement rendered against you? |
| [ ] | [X] | 5e) | If employed by the Prairie Band Potawatomi Tribal Police Department, do you anticipate any other sources of income besides you/your spouses salary? |
| [ ] | [X] | 5f) | Have you ever been refused a Life, Health, or Auto insurance policy? |
| [ ] | [X] | 5g) | Have you/your spouse ever had an insurance policy canceled on you? |
| [ ] | [X] | 5h) | Have you/your spouse ever had any property repossessed? |
| [ ] | [X] | 5i) | Have you/your spouse ever filed for Bankruptcy? |
| [ ] | [X] | 5j) | Have you ever been bonded? |
| [ ] | [X] | 5k) | Have you ever had a bond refused? |

If the answer to any of the above questions is yes, give the detail on the last page of this workbook in the space provided.

Page 5

6)   **FAMILY HISTORY**

6a)  With whom do you now live with?   (wife) Mellissa D. Morse
Tess Morse, Jon Morse, James Morse

6b)  What is their relationship with you?   wife, daughter,
Son, Son,

Current Marital status-
[ ]  Single          [ ]  Engaged        [X]  Married
[ ]  Separated       [ ]  Divorced       [ ]  Widowed


If Engaged-

        Name of Fiance: _____
        Address: _____
        Phone Number: _____


If Married-

        Name of Spouse (maiden name): Koller

        Spouses' date of birth: ███████████
        Spouses' driver license number/ state: ∧
        Spouse's Social Security Number: _____

        Location married: Oskaloosa, KS
        Date married: 11/23/92


If Separated, Divorced, Widowed-

        Name of Spouse (maiden name): _____

        Spouse's date of birth: _____
        Spouse's present address: _____
        Spouse's present phone number: _____
        Spouse's driver license number/ state: _____
        Spouse's Social Security Number: _____

        Location of marriage: _____
        Date of marriage: _____
        Which state was the separation, divorce, or annulled: _____
        Date of the order or decree: _____
        Court and State which issued: _____


Page 6


PBPN-000390

7a)  In the space provided below, please list the members of your immediate family including father, mother, brothers, sisters, any half family members, and any Sept family members.

| RELATIONSHIP | NAME | ADDRESS | OCCUPATION | AGE |
|---|---|---|---|---|
| FATHER | Allen Morse | P.O. Box 669 Perry, Ks | Builder | 56 |
| MOTHER | Patsy Morse | P.O. Box 669 Perry, Ks | Computer tech | 52 |
| Grandmother | Ruth Anderson | R2 Box 157 Overbrook, Ks | Retired | 75 |
| Step-brother | Richard Parnell | 131 Popular, Perry, Ks | Jeff co Sheriff | 29 |

7b)  In the space provided below, please lists all children related to you, including natural, stepchildren, and adopted & foster children.

| RELATIONSHIP | NAME | DATE OF BIRTH | ADDRESS | SUPPORTED BY WHOM |
|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ME |
| | | | | ME |
| | | | | ME |

7c)  List all other dependents.

| RELATIONSHIP | NAME | ADDRESS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Page 7

PBPN-000391

8). **Arrest and Traffic History**

YES  NO

[ ]  [X]  8a)  Have you ever been arrested by any law enforcement
             agency for investigatory reasons, either as an
             adult or juvenile?

[X]  [ ]  8b)  Have you ever received a traffic citation
             (excluding parking tickets or citations for
             equipment violations)?

[X]  [ ]  8c)  Have you ever been involved in a traffic accident?

[ ]  [X]  8d)  Has your spouse or any other member of your
             immediate family (listed above in 7a, 7b, 7c) been
             arrested for any felony crimes?

If the answer to any of the above is "YES", please give all
details in the space below.

| DATE | LOCATION | DETAILS (INCLUDING INVESTIGATION AGENCY) |
|------|----------|------------------------------------------|
| 1991? | Lawrence, Ks | NTA For Speed |
| 1992? | Lawrence, Ks | I was Rear ended In a Comp Vehicle By a Motorcycle. The subject left the scene I Reported The accident. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Page 8

9)   **Medical History**

9a)  Please state the extent of your current health in your words.

9b)  If you have had a physical exam within the past 60 days, complete the following:
Doctor's Name: _____   Location: _____

Have you ever had or been treated for-



If you checked "YES" to any of the above statements, please use the space in the back of the workbook to explain the circumstances including the approximate time frame when you were treated.

Page 9

10) **Personal History**

YES   NO
[ ]   [X]   10a) Have you taken a polygraph (lie detector) examination with police employment in the last 365 days?

[X]   [ ]   10b) Have you taken part in any type of psychological screening for police employment within the last 365 days?

If the answer is yes, please fill out below.

| AGENCY | DATE OF APPLIED | PRESENT STATUS |
|---|---|---|
| Perry Police Dept | 10/99 | Police Officer |
| | | |

10c) Describe in your own words the frequency and extent of your use of intoxicating liquors.
*I Do not drink intoxicating liquors*

10d) Are you currently using marijuana or have you used marijuana or any other drugs not prescribed by your physician within the past year?        YES [ ]    NO [X]
If yes, what were the circumstances? _____

10e) Have you ever sold or furnished drugs or liquors to anyone?
YES [ ]    NO [X]
If YES, explain in detail: _____

10f) If it becomes necessary to take a HUMAN LIFE in the course of your duties as a Police Officer, would any religious or other beliefs prevent you from doing so?        YES [ ]    NO [X]
**Please explain the answer:** _____

10g) Do you have any religious or other beliefs which would prevent you from fully performing the duties of a Police Officer, including working on weekends, evenings or night shifts?
YES [ ]    NO [X]
If YES, please explain: _____

Page 10

PBPN-000394

**11)  References**

In the space provided below, please list complete data requested for personal references.  Do not use anyone who has not known you for at least three years.  Likewise, do not list any family members.

11a)  NAME: _Justin Roe_          OCCUPATION: _Electrician_
HOME ADDRESS: _2526 Detlor RD, Grantville, KS_
BUSINESS ADDRESS: _____
HOME PHONE: _785 286 3895_    BUSINESS PHONE: _____
YEARS KNOW: _15 YRS_
IN WHAT CAPACITY DO YOU KNOW THIS INDIVIDUAL? _School mate, friend_

11b)  NAME: _Damian Weishaar_      OCCUPATION: _Police Officer_
HOME ADDRESS: _12711 190th_
BUSINESS ADDRESS: _____
HOME PHONE: _913 886 7422_    BUSINESS PHONE: _____
YEARS KNOW: _5_
IN WHAT CAPACITY DO YOU KNOW THIS INDIVIDUAL? _Co-worker_

11c)  NAME: _Mike Tyler_          OCCUPATION: _Deputy Sheriff Retired_
HOME ADDRESS: _RR #1 Meriden, KS_
BUSINESS ADDRESS: _____
HOME PHONE: _785 484 2547_    BUSINESS PHONE: _8_
YEARS KNOW: _5 YR_
IN WHAT CAPACITY DO YOU KNOW THIS INDIVIDUAL? _Co-worker_

11d)  NAME: _Dave Woodard_         OCCUPATION: _Medic_
HOME ADDRESS: _____
BUSINESS ADDRESS: _____
HOME PHONE: _785 249 4474_    BUSINESS PHONE: _____
YEARS KNOW: _5 YRS_
IN WHAT CAPACITY DO YOU KNOW THIS INDIVIDUAL? _Co-worker_

11e)  NAME: _Bob Norriss_          OCCUPATION: _Minister_
HOME ADDRESS: _4018 Ferguson RD. Perry, KS_
BUSINESS ADDRESS: _____
HOME PHONE: _785 597 5571_    BUSINESS PHONE: _____
YEARS KNOW: _12 YRS_
IN WHAT CAPACITY DO YOU KNOW THIS INDIVIDUAL? _Minister_

11f)  NAME: _Rex Johnson_          OCCUPATION: _Retired Sheriff Douglas Co._
HOME ADDRESS: _Rt 5 Lawrence, KS 66046   1211 E 600 RD_
BUSINESS ADDRESS: _____
HOME PHONE: _785 748-9814_    BUSINESS PHONE: _____
YEARS KNOW: _10 YRS_
IN WHAT CAPACITY DO YOU KNOW THIS INDIVIDUAL? _Co-worker_

Page 11

PBPN-000395

## 12) **Work History**

Beginning with your present or most recent job, list all employment over the last 10 years, including part time, temporary or seasonal employment. Include all periods of unemployment. Attach extra pages if necessary. Include any extenuating circumstances causing the decision to leave.

12a) Employer: Shawnee County Emergency Communications Center
Complete Address: 320 S Kansas Av
Area Code/ Phone Number: 785-368-9200
Highest Pay Rate: 9/hr
Date Started: 6-99        Date Ended:
Your Job Title/ Duties: Dispatch Sheriff, Police, Fire, EMS

Supervisor's Name/ Title: Bill Singer    Director
Reason for leaving:

12b) Employer: Perry Police Department
Complete Address: 115 Elm  P.O. Box 724
Area Code/ Phone Number: 785 862 2351 / 785 577 5613
Highest Pay Rate: 8/hr
Date Started: 10-99        Date Ended:
Your Job Title/ Duties: Police Officer

Supervisor's Name/ Title: Chief of Police, Clay Mchardie
Reason for leaving: Present

12c) Employer: Jefferson Co. 911
Complete Address: 507 Delaware
Area Code/ Phone Number: 785 /hr 8632247
Highest Pay Rate: 9?/hr
Date Started: 3/95        Date Ended:
Your Job Title/ Duties: Dispatch Sheriff, Police, Fire & EMS

Supervisor's Name/ Title: Susan Newell / Director
Reason for leaving: Still work part-time

12d) Employer: Jefferson County EMS
Complete Address: 1240 Walnut
Area Code/ Phone Number: 863 2278
Highest Pay Rate: 8/hr
Date Started: 4/94        Date Ended:
Your Job Title/ Duties: Treated & Transported The Sick and Injured
Supervisor's Name/ Title: Dan Daily
Reason for leaving: Still Part-time

Page 12

**Extra Sheet for Employment History-**

12__) Employer: _Emergency Medical Consultants_
Complete Address: _PO Box 716  Perry, KS_
Area Code/ Phone Number:
Highest Pay Rate: _Per Job_
Date Started: _2/95_          Date Ended:
Your Job Title/ Duties: _medic - take care of sick +_
_inured on movie productions_
Supervisor's Name/ Title: _Dave Woodard, Medic_
Reason for leaving: _still work occasionally_

12__) Employer: _A.B. Coker_
Complete Address: _1920 Maddie RD Lawrence, KS_
Area Code/ Phone Number:
Highest Pay Rate:
Date Started: _0/92_          Date Ended: _4/94_
Your Job Title/ Duties: _Driver - Delivered product to_
_retail outlets_
Supervisor's Name/ Title:
Reason for leaving:

12__) Employer: _Heartland Communications_
Complete Address: _Rt 2  Box 154A  Overbrook, KS_
Area Code/ Phone Number:
Highest Pay Rate: _Por Job_
Date Started: _1/89_          Date Ended: _10/92_
Your Job Title/ Duties: _Radio Sales_

Supervisor's Name/ Title: _Self- employed_
Reason for leaving: _poor Sales_

12__) Employer:
Complete Address:
Area Code/ Phone Number:
Highest Pay Rate:
Date Started:          Date Ended:
Your Job Title/ Duties:

Supervisor's Name/ Title:
Reason for leaving:

12__) Employer:
Complete Address:
Area Code/ Phone Number:
Highest Pay Rate:
Date Started:  -          Date Ended:
Your Job Title/ Duties:

Supervisor's Name/ Title:
Reason for leaving:

**SUPPLEMENTAL INFORMATION:** Use this page to record addition information from the other sections of the workbook.

 

I hereby certify that there are no willful misrepresentations in, or falsifications of the above statements and answers to questions. I am aware that should investigation disclose such misrepresentations or falsifications. **My** application will be rejected. I also authorize my former employers to give any information regarding my employment, together with any information they my have regarding me whether or not it is on their records. I hereby release them and their company from any damages whatsoever for issuing same.

Signed _____
Date _9- 13- 99_
Witness _____
Witness address: _2251 Greeley Rd_
_Nortonville, KS 66060_

Page 13

PBPN-000398

## AUTHORIZATION TO RELEASE INFORMATION

| Last Name: Morse | First Name: Tim | Middle: A |
|---|---|---|
| Social Security #: ███████████ | Date of Birth: ██████ | |

I, _____, hereby certify that _Tim Morse_,
   Administer of Examination                                    Applicant name

has received a full medical examination within the last two months. The medical examination shows that the applicants free from any physical condition which would prohibit the applicant's participation in physically strenuous training activities at a law enforcement training center or in the line of duty as a Tribal Police Officer with the Prairie Band Potawatomi Tribal Police Department.

DATED this _____ day of _____, 19 _____

Date of Physical examination:_____

Name of Health Practitioner Administering Physical Examination:

Print_____

Signature_____

Address_____

City_____State_____Zip_____

Telephone Number ( )_____

## AUTHORIZATION TO RELEASE INFORMATION

| Last Name: Morse | First Name: Tim | Middle: A |
|---|---|---|
| Social Security #: | Date of Birth: | |

I, _Tim Morse_ an applicant for employment with the Potawatomi Tribal Police Department, hereby request and authorize all EDUCATIONAL INSTITUTIONS, all of my REFERENCES, all of my PRESENT, AND PAST EMPLOYERS, all FINANCIAL INSTITUTIONS, of any kind, and all GOVERNMENTAL AGENCIES, to release to the Potawatomi Tribal Chief of Police or any authorized representative thereof, any and all information you may have concerning me, my work record, my reputation, my educational record, or my financial and credit status. In the event a tentative offer of employment is made, I also request and hereby authorize all MEDICAL INSTITUTIONS AND PHYSICIANS to release to the above named Chief of Police or his designee, any and all of my medical records.

This information is being used to assist the Potawatomi Tribal Police Department in determining my qualifications and fitness for the position I am seeking. As such, I release any individual or organization supplying information pursuant to this release for any and all liability to me; this authorization serves as a waiver of any contract I may have previously made with any organizations or any individuals, and a waiver of all legal enforceable confidential communication privileges I could claim.

This request can be treated as if I were making the request in person. A photocopy of this release form will be considered as valid as an original. I further state that I fully understand the meaning of authorization, its intention, and its effect.

DATED this _21_ day of _September_, 19 _99_

_Tim Morse_
APPLICANT

STATE OF _Kansas_ )
COUNTY OF _Jefferson_ ) SS.

Subscribed and sworn to before me this _21_ day of _September_ 19 _99_.

_Christine A. Weishaar_
Notary Public

My Commission Expires:
_2-1-2003_

CHRISTINE A. WEISHAAR
Notary Public-State of Kansas
My Appt. Exp. 2-1-2003

# OATH OF OFFICE

I, Tim A. Morse, having been duly appointed a police officer of the Prairie Band Potawatomi Tribal Police, do solemnly swear (or affirm) that I will defend, enforce and obey, the Constitutions and laws of the United States and Prairie Band Potawatomi Nation. That I will obey the lawful orders of my superior officers and the regulations of the Prairie Band Potawatomi Tribal Police Department. That I will faithfully discharge my duties and responsibilities. That I will protect the rights, lives and property of all and uphold the honor of the police profession, with my life if need be.

This I do solemnly swear (or affirm),
On this 18th day of November 1999.

_____

Officer's Signature

_____

Tribal Official

# CODE OF ETHICS

As a Tribal Police officer, my fundamental duty is to serve mankind, to safeguard lives and property, to protect the innocent against deception, the weak against oppression or intimidation's, and the peaceful against violence or disorder, To respect the constitutional right of all men/women to liberty, equality, and justice.

I will keep my private life unsoiled as an example to all; maintain courageous calm in the face of danger, scorn, or ridicule; develop self-restraint, and be constantly mindful of the welfare of others. Honest in thought and deed in both my personal and official life, I will be exemplary in obeying the laws of the land and regulations of my department. Whatever I see or hear of a confidential nature, or which in confided to me in my official capacity, will be kept ever secret unless revelation is necessary in the performance of duty.

I will never act officiously or permit personal feeling, prejudice, animosities, or friendship to influence my decisions. With no compromise for crime and with relentless prosecution of criminals, I will enforce the law courteously and appropriately without fear of favor, malice, or ill will. I will never employ unnecessary force or violence and never accept gratuities.

I recognize the badge of my office as a symbol of public faith, and I accept it as a public trust to be held so long as I am true to the ethics of police service. I will constantly strive to achieve these objectives and ideals, dedicating myself before God to my chosen profession --- law enforcement.

Officer's Signature       Date       11-18-97

Approved by
James Battese
Chief of Police
*Effective date 03/01/98

## EMPLOYEE RECORDS INFORMATION

| MORSE | TIM | A | |
|---|---|---|---|
| Last Name | First Name | Middle | Other Name/Nickname |

☑ Male  ☐ Female

| | |
|---|---|
| Social Security Number | Date of Birth |

ADDRESS:

| 11567 39TH | PERRY | KS | 66073 | |
|---|---|---|---|---|
| | City | State | Zip | Telephone |

CHANGE OF ADDRESS:

| | | | | |
|---|---|---|---|---|
| | City | State | Zip | Telephone |

| STATUS HISTORY | | |
|---|---|---|
| DATE | STATUS CHANGE/DESCRIPTION | WAGE/SALARY |
| 11/03/99 | Enter on payroll: Law Enforcement Officer | $11.00 |
| 01/10/00 | 1.5% COLA | $11.20 |
| 03/03/00 | Promotion: Officer II | $12.17 |
| 07/09/00 | Transfer: TES, Firefighter/Paramedic, 6 annual/sick | $10.50 |
| 07/21/00 | Adjustment | $12.50 |
| 10/09/00 | Probation complete (3% increase) | $12.88 |
| 01/17/01 | 1.5% COLA | $13.07 |
| 11/03/01 | Anniversary/Merit | $13.22 |
| 01/13/02 | 3% COLA | $13.59 |
| 11/03/02 | Anniversary (3% increase) | $14.00 |
| 01/05/03 | 3% COLA | $14.42 |
| 11/03/03 | Anniversary (6% increase) Lieu | $15.31 |
| 01/04/04 | 3% COLA | $15.77 |
| 11/03/04 | Anniversary (3% Increase) | $16.31 |
| 01/02/05 | 2% COLA | $16.64 |

| TERMINATION INFORMATION | | |
|---|---|---|
| Date Termed: | Would we rehire? ☐ Yes ☐ No | |
| Reason for Termination: | | |