# EXHIBIT 3

# CHAPTER 1-1
# APPLICATION OF CODE

**1-1-1 Territory, Persons and Property Affected.**

As required by the tribal constitution, the authority and jurisdiction of the Prairie Band Potawatomi Nation shall extend to the fullest extent possible, including, without limitation, to any and all persons, including non-members and members of the Prairie Band Potawatomi Nation and including any corporation, other entity or any person and to all surface, subsurface or other territory or real or personal property of any nature. The authority and jurisdiction of the Nation shall apply pursuant to this Code to each of the following:

**(A)** The Prairie Band Potawatomi Indian Reservation, including all lands, islands, waters, roads, and bridges or any interests therein, whether trust or non-trust status and notwithstanding the issuance of any patent or right-of- way, within the boundaries on the Reservation as established in Article 4 of the Treaty with the Potawatomi Nation, dated June 17, 1846, 9 Stat. 853, and such other lands, islands, waters or any interest therein hereafter added to the Reservation.

**(B)** All persons and property within any existing or future territory to which it is possible to extend the Nation's jurisdiction or authority, including, without limitation, territory within the exterior boundaries of Indian country of the Nation or of its members and all property held by the United States in trust for the Prairie Band Potawatomi Nation or in trust for a member of the Prairie Band Potawatomi Nation.

**(C)** All members of the Tribe, wherever located, exercising any tribal rights pursuant to federal, tribal or state law.

**(D)** All persons and property outside the exterior boundaries of territory that is subject to the jurisdiction and authority of the Nation, to the extent not prohibited by federal law, including, without limitation, any person who personally or through an agent does any of the following insofar as any claim brought in Tribal Court arises from the doing of such act:

   **(1)** The transaction of any business of the Reservation;

   **(2)** The commission of a tortuous act on the Reservation;

   **(3)** Contracting to insure any person, property or risk located on the Reservation at the time of contracting; and

   **(4)** The act of sexual intercourse on the Reservation with respect to which a child may have been conceived.

   **(5)** The commission of a Covered Crime on the Reservation, except if victim and defendant are both non-Indian, other than Obstruction of Justice or Assault of Tribal Justice Personnel.

**(E)** For any reservation land located outside of Jackson County, Kansas, this tribal Code shall be interpreted to substitute for Jackson County and Kansas the county and state in which such land is located.

(Amended by PBP TC No. 2008-121, May 22, 2008; amended by PBP TC No. 2023-276, September 21, 2023)

The Potawatomi Law and Order Code is current through PBP TC No. 2025-193, passed June 5, 2025.

PBPN000742