# EXHIBIT 4

**PRAIRIE BAND POTAWATOMI TAX COMMISSION**
16281 Q Rd.
Mayetta, KS 66509
Telephone: (785) 966-3998
taxcommission@pbpnation.org

**APPLICATION FOR TRIBAL BUSINESS LICENSE**

Instructions: All information must be completed prior to license issuance. This application for the Prairie Band of Potawatomi Business License must be accompanied by the appropriate non-refundable application fee:

| | | |
|---|---|---|
| Temporary Business License | $10.00 | (4 days or less) |
| Seasonal Business License | $25.00 | (3 months or less) |
| Annual Business License | $50.00 | (Exceeding 3 months) |
| Annual Business License | Exempted | (Exceeding 3 months) |

1. Business Name: __Wamego Store LLC  d/b/a Snak Atak Travel PLaza - Holton, KS__
2. Location and Address of Business: __20330 US -75 N Holton, KS 66436__

3. Owner's Name and Address: __Amit Mishra__
   __10124 N Mckinley Ave Kansas City, MO 64157-7926__

4. Business Telephone: _____ Home Telephone: __816-673-6913__
5. Contact person's email address: __crick_amit@yahoo.com__
6. Last 4 digit's of Social Security/FEIN Number(s) of Owner(s):
   FEIN 88-2639701

7. Nature of Business (Check Type):   Retail Goods __X__   Retail Services _____
   Wholesaler _____   Manufacturer _____   Contractor _____
   Utility _____   Food Vendor _____   Other _____
8. Description of the Type of Business: __CStore__

9. Food Vendors only – Effective 7/1/2017: Persons that produce or sell food sold directly to the end consumer, must submit proof of training, within the past 2 years, in basic food handling principles that is accredited and certified by the American National Standards Institute (ANSI) or ServSafe. Free On-line course link: https://www.ihs.gov/foodhandler .
   • Must provide proof of completion of this training with your Application for a Tribal Business license.
10. Is this a new business? Yes __X__   No _____   If yes, Date you will begin business: _____
11. Will there be more than one business location on the Reservation? Yes _____ No __X__

I certify that I am a duly authorized owner, partner, director, officer or representative of the applicant and that the statements made herein are true and correct to the best of my knowledge. I further agree on behalf of the applicant to be bound by and comply with all laws of the Prairie Band Potawatomi Nation and do hereby consensually submit to the jurisdiction of the Prairie Band Potawatomi Nation.

[X] I agree to submit regular Sales Revenue reports, as requested by the PBPN Tax Commission Office.

Signature ___/s/___   Date __1/26/2024__

Printed Name __Amit Mishra__   Title __Member__

*Non-refundable Application Fee must be submitted with application along. Make checks payable to the Prairie Band Potawatomi Tax Commission.

Revised-Approved 9/15/22
Office Use Only:  Completed Application: _____   Application Fee: _____   Food Vendor: Proof of Basic Food Handling Training: _____

Exhibit A

PBPN-000226

PRAIRIE BAND POTAWATOMI TAX COMMISSION
**TRIBAL TOBACCO DISTRIBUTOR/WHOLESALER OR RETAILER LICENSE APPLICATION**
16281 Q Road
Mayetta, KS 66509
Telephone: (785) 966-3998
taxcommission@pbpnation.org

*Non-Refundable Application Fee of $100.00 must be submitted with application. Make checks payable to the Prairie Band Potawatomi Tax Commission.

1. Date of Application  1/26/2024        2. FEIN/Last 4 digit's of SSN  FEIN 88-2639701

3. Type of License:
    ____ WHOLESALER    __X__ RETAILER    ____ NEW APPLICANT    ____ RENEWAL APPLICANT

4. Legal Business Name  Wamego Store LLC   d/b/a Snak Atak Travel PLaza - Holton, KS

5. Name of Contact Person/Title  Amit Mishra

6. Email address of Contact Person  crick_amit@yahoo.com

7. Mailing Address  10124 N Mckinley Ave Kansas City, MO 64157-7926

8. Physical Address  20330 US -75 N Holton, KS 66436

9. City/State/Zip  ____

10. Telephone Number  ____        Fax Number  ____

11. Email Address  holtonsnakatak@gmail.com

12. Is the Business owned or affiliated with a federally recognized Tribe?  No  If so, explain the affiliation:  ____

13. Type of Business:
    ____ Sole Proprietorship    ____ Partnership    ____ S Corporation    ____ Corporation
    ____ Non-Profit    ____ Government    __X__ LLC    ____ Other

14. Date Incorporated  6/6/2022        15. Jurisdiction Incorporated In  KS

16. Date Business Began  6/6/2022        17. Tax Year End  December

18. Date you began or will begin selling or importing tobacco or tobacco products on the Prairie Band Reservation:  ____

Page 1 of 3

PBPN-000227

PRAIRIE BAND POTAWATOMI TAX COMMISSION
## TRIBAL TOBACCO DISTRIBUTOR/WHOLESALER OR RETAILER LICENSE APPLICATION

19. Provide a brief description of your operations within the Prairie Band Reservation:

_____

_____

20. Did you acquire an existing business? ____ Yes __X__ No
If yes, list the previous business owner's name _____

21. List the names of your business owners, directors, partners and/or officers (use additional sheet if necessary):

| Name | Home Address | SSN | Title | % Ownership | Director? |
|---|---|---|---|---|---|
| Mehul Shah | 6332 Fountain Ln N<br>Maple Grove, MN 55311 | [redacted] | Member | 50 | yes |
| Amit Mishra | 10124 N Mckinley Ave<br>Kansas City, MO 64157-7926 | [redacted] | Member | 50 | yes |
| | | | | | |
| | | | | | |

**Affirmative answers to #21 may result in the denial of application for a license.**
22. Has the applicant, its owner(s), directors, partners, or officers:

   a. Been convicted of fraud, tax evasion, or a violation of the laws governing the reporting and payment of fees or taxes for tobacco or tobacco products in the past five (5) years?
   ____Yes   __X__ No    If yes, attach explanation.

   b. Been convicted of any felony or been granted a deferred judgment following an adjudication or guilt of a felony in the past five (5) years?
   ____Yes   __X__ No    If yes, attach explanation.

   c. Formally held a tobacco wholesaler or distributor or retailers license or permit in any jurisdiction which was revoked for cause in the past five (5) years?
   ____Yes   __X__ No    If yes, attach explanation.

   d. Have any tobacco tax liabilities that are past due in any jurisdiction?
   ____Yes   __X__ No    If yes, attach explanation.

**PRAIRIE BAND POTAWATOMI TAX COMMISSION**
## TRIBAL TOBACCO DISTRIBUTOR/WHOLESALER OR RETAILER LICENSE APPLICATION

23. If you are granted this license, do you agree to:

   a. (If a wholesaler) Confirm that each entity to whom you sell and who is located on the Prairie Band Reservation is listed on the licensed Tribal Retailer list?  _X_ Yes  ____ No

   b. Ensure that payment is remitted to the Tax Commission for each Tribal Tax Stamp affixed on individual packs of cigarettes by the tenth (10th) of every month for the previous month?
      _X_ Yes   ____ No

   c. Submit all reports to the Tax Commission as required pursuant to the Potawatomi Law and Order Code Title 10 General Revenue and Taxation? _X_ Yes   ____ No

   d. Comply with all other applicable tribal business laws applicable to tribal tobacco retailers and wholesalers? _X_ Yes   ____ No

   e. Take all reasonable precautions to ensure the security and integrity of the Tribal Tax Stamp, including keeping unaffixed stamps in a secure location?
      _X_ Yes   ____ No

   f. Understand that this license, if granted, is non-transferable?  ____ Yes   ____ No

### CERTIFICATION

I certify that I am a duly authorized owner, partner, director, officer, or representative of the applicant and that the statements made herein are true and correct to the best of my knowledge. I further agree on behalf of the applicant to be bound by and comply with all laws of the Prairie Band Potawatomi Nation and do hereby consensually submit to the jurisdiction of the Prairie Band Potawatomi Nation.

Signature _____   Date 1/26/2024

Printed Name  Amit Mishra   Title Member

***Non-Refundable** Application Fee of $100.00 must be submitted with application. Make checks payable to the Prairie Band Potawatomi Tax Commission.

Revised 9/15/2022

Page 3 of 3

PBPN-000229




**PRAIRIE BAND POTAWATOMI TAX COMMISSION**
16281 Q Rd.
Mayetta, KS 66509
Telephone: (785) 966-3998
taxcommission@pbpnation.org

### Tribal Motor Fuel Distributor or Retailer License Application

☐ Distributor      ☒ Retailer

New or Renewal of Motor Fuel License Fee  $100.00 (Section 10-6-10)

An approved Tribal Motor Fuel License is Valid for (1) Calendar Year from the date of issue and shall be nontransferable and non-assignable. If a tribal distributor establishes one (1) or more places of business at one (1) or more locations within the tribal jurisdiction, a separate license shall be required for each such separate location. The license shall be conspicuously posted in a public area in each such place of business.

1. Business Name: Wamego Store LLC  d/b/a Snak Atak Travel PLaza - Holton, KS
2. Business Mailing Address: 10124 N Mckinley Ave Kansas City, MO 64157-7926
3. Business Physical Location Address: 20330 US -75 N Holton, KS 66436
4. Business Telephone: _____
5. Check type of ownership:  Individual_____  Partnership_____  Corporation_____  Other_____
6. List owner, partners, corporate officers, and all stockholders who own company stock.

| Name | Address | Title | Last 4 Social | Telephone Number |
|---|---|---|---|---|
| Mehul Shah | 6332 Fountain Ln N Maple Grove, MN 55311 | Member | ■■■■ | 816-294-5633 |
| Amit Mishra | 10124 N Mckinley Ave Kansas City, MO 64157-7926 | Member | ■■■■ | 816-673-6913 |

7. List the exact locations within the PB Potawatomi jurisdiction where applicant intends to distribute fuel. Be sure to list location type: Retail: Other:

| Location type: | Name of Retailer or other and Address |
|---|---|
| Gas Station | Wamego Store LLC  d/b/a Snak Atak Travel Plaza - Holton, KS |
|  |  |
|  |  |

8. Do you transport your own product? Yes _____  No _X_  If yes, please show your Liquid Fuels Carriers Number_____.
   If no, who transports this product? _____
9. Are the applicant(s) at least 18 years of age? Yes _X_  No_____

(Please initial in each box below attesting to agree and comply)

[X] I certify that I am a duly authorized owner, partner, director, officer, or representative of the applicant and that the statements made herein are true and correct to the best of my knowledge. I further agree on behalf of the applicant to be bound by and comply with all laws of the Prairie Band Potawatomi Nation and do hereby consensually submit to the jurisdiction of the Prairie Band Potawatomi Nation.

Motor Fuel Tax Law Title 10-6-1 to 10-6-13, passed by TC Resolution: 2022-297 effective 1.1.2023
Tax Commission approved form: 1.10.23
Office Use Only: Date Application Received: _____  Date License Issued: _____  Date Application Fee Paid: _____

[X] I agree to report any change in ownership, including a change in partners, corporate officers or stockholders who own company stock within 30 days of the change.

[X] I agree to submit regular Motor Fuel Sales Revenue report by the 10th of the following calendar month. The incidence of the tax levied imposed by Section **10-6-3 is declared and understood to be on the tribal distributor.** Every tribal distributor is required to pay all applicable excise taxes at the applicable rate described in 10-6-3 to the Nation or its designee within (14) calendar days after the end of each calendar month. All records shall be kept by both the retailer and distributor for 3 years and readily available for PBPN Tax Commission inspection.

Signature _____   Date 1/26/2024

Printed Name  Amit Mishra   Title  Member

Motor Fuel Tax Law Title 10-6-1 to 10-6-13, passed by TC Resolution: 2022-297 effective 1.1.2023
Tax Commission approved form: 1.10.23
Office Use Only: Date Application Received: _____   Date License Issued: _____   Date Application Fee Paid: _____

PBPN-000231

**PRAIRIE BAND POTAWATOMI TAX COMMISSION**
16281 Q Rd.
Mayetta, KS 66509
Telephone: (785) 966-3998

**APPLICATION FOR LIQUOR LICENSE**

Instructions: All information must be completed prior to license issuance. This application for the Prairie Band of Potawatomi Liquor License must be accompanied by the appropriate non-refundable application fee:

| | |
|---|---|
| New License Fee: | $30.00 |
| Renewal License: | $10.00 |
| Standard Liquor License Fee: | $500.00 |

1. Business Name: Wamego Store LLC  d/b/a Snak Atak Travel Plaza - Holton, KS
2. Location and Address of Business: 20330 US -75 N Holton, KS 66436
3. Owner's Name and Address: Amit Mishra
   10124 N Mckinley Ave Kansas City, MO 64157-7926
4. Business Telephone: _____   Home Telephone: 816-673-6913
5. Contact person's email address: crick_amit@yahoo.com
6. Last Four digits of Social Security or FEIN Number(s) of Owner(s): FEIN 88-2639701
7. Will the Sales of alcohol take place entirely at a tribally owned gaming facility complex or other tribally owned enterprise on the Prairie Band Potawatomi Reservation? Yes _____ NO _____
8. Is this a new business? Yes  X   No _____   If yes, Date you will begin business: _____
9. Will there be more than one business location? Yes _____ No  X
10. Do you agree to comply with all of the terms and conditions of the Liquor Control Ordinance of the Prairie Band Potawatomi Nation and any other applicable law and do you agree to be subject to the exclusive jurisdiction of the Prairie Band Potawatomi Nation Tribal Court? Yes  X   NO _____

I certify that I am a duly authorized owner, partner, director, officer, or representative of the applicant and that the statements made herein are true and correct to the best of my knowledge. I further agree on behalf of the applicant to be bound by and comply with all laws of the Prairie Band Potawatomi Nation and do hereby consensually submit to the jurisdiction of the Prairie Band Potawatomi Nation.

[X] I agree to submit regular Sales Revenue reports, as requested by the PBPN Tax Commission Office.

Signature _____   Date 1/26/2024

Printed Name  Amit Mishra   Title  Member

*Non-refundable Application Fee must be submitted with application along. Make checks payable to the Prairie Band Potawatomi Tax Commission.

Tax Commission Approved form: 4/21/22
Office Use Only: Tribal Council Approved: _____ Application Fee: _____ Liquor License Fee: _____
ABC License #: _____ Exp. Date: _____

PBPN-000232