# EXHIBIT 5


Kansas Secretary of State
File Date: 05/28/2024 12:32:PM



# STATE OF KANSAS
## OFFICE OF SECRETARY OF STATE
# INFORMATION REPORT

| | |
|---|---|
| **Business ID:** | 7624950 |
| **Business Name:** | WAMEGO STORE LLC |
| **Reporting Year:** | 2024 |

**Principal Office Address**

403 Spruce St
Wamego, KS 66104 USA

**Name and address of each member who owns 5% or more of capital.**

| | |
|---|---|
| Mehul Shah | 403 Spruce St Wamego, KS 66104 USA |
| Amit Kumar Mishra | 403 Spruce St Wamego, KS 66104 USA |
| Amit Kumar Sharma | 403 Spruce St Wamego, KS 66104 USA |
| Raja Babu Rain | 403 Spruce St Wamego, KS 66104 USA |

**Signatures**

**Signature of Authorized Person** Mehul Shah

Exhibit 2

PBPN-000918

# Limited Liability Company Articles of Organization

**The name of the Limited Liability Company:**

Wamego Store LLC

File date: 06/05/2022
File time: 18:56:59
Business Entity ID Number: 7624950

**Registered Office in Kansas:**

- 403 SPRUCE STREET
- WAMEGO, Kansas
- 66547

**Name of the resident agent at the registered office:**

mehul S Shah

**Mailing address for official mail:**

- Mehul Shah
- P O BOX 191
- AVON, MN
- 56310   USA

**Name of the organizer(s):**

MEHUL SHAH            AMIT KUMAR MISHRA            AMIT KUMAR SHARMA

RAJA BABU RAIN

I/We declare under penalty of perjury under the laws of the state of Kansas that the foregoing is true and correct.

Exhibit 3

PBPN-000919