# EXHIBIT 6

**PRAIRIE BAND POTAWATOMI TAX COMMISSION**
16281 Q Rd.
Mayetta, KS 66509
Telephone: (785) 966-3998
taxcommission@pbpnation.org

**APPLICATION FOR TRIBAL BUSINESS LICENSE**

Instructions: All information must be completed prior to license issuance. This application for the Prairie Band of Potawatomi Business License must be accompanied by the appropriate non-refundable application fee:

| | | |
|---|---|---|
| Temporary Business License | $10.00 | (4 days or less) |
| Seasonal Business License | $25.00 | (3 months or less) |
| Annual Business License | $50.00 | (Exceeding 3 months) |
| Annual Business License | Exempted | (Exceeding 3 months) |

1. Business Name: Wamego Store LLC d/b/a Snak Atak Travel PLaza - Holton, KS
2. Location and Address of Business: 20330 US -75 N Holton, KS 66436
3. Owner's Name and Address: Amit Mishra
   10124 N Mckinley Ave Kansas City, MO 64157-7926
4. Business Telephone: Same Hm    Home Telephone: 816-673-6913
5. Contact person's email address: crick_amit@yahoo.com
6. Last 4 digit's of Social Security/FEIN Number(s) of Owner(s):
   FEIN 88-2639701
7. Nature of Business (Check Type):
   Retail Goods __X__    Retail Services _____
   Wholesaler _____    Manufacturer _____    Contractor _____
   Utility _____    Food Vendor _____    Other _____
8. Description of the Type of Business: CStore

9. Food Vendors only – Effective 7/1/2017: Persons that produce or sell food sold directly to the end consumer, must submit proof of training, within the past 2 years, in basic food handling principles that is accredited and certified by the American National Standards Institute (ANSI) or ServSafe. Free On-line course link: https://www.ihs.gov/foodhandler .
   • Must provide proof of completion of this training with your Application for a Tribal Business license.
10. Is this a new business? Yes __X__ /No _____    If yes, Date you will begin business: _____
11. Will there be more than one business location on the Reservation? Yes _____ No __X__

I certify that I am a duly authorized owner, partner, director, officer or representative of the applicant and that the statements made herein are true and correct to the best of my knowledge. I further agree on behalf of the applicant to be bound by and comply with all laws of the Prairie Band Potawatomi Nation and do hereby consensually submit to the jurisdiction of the Prairie Band Potawatomi Nation.

[X] I agree to submit regular Sales Revenue reports, as requested by the PBPN Tax Commission Office.

Signature _[signed]_    Date 1/26/2024

Printed Name Amit Mishra    Title Member

*Non-refundable Application Fee must be submitted with application along. Make checks payable to the Prairie Band Potawatomi Tax Commission.

Revised-Approved 9/15/22
Office Use Only: Completed Application: ✓    Application Fee: #50    Food Vendor: Proof of Basic Food Handling Training: N/A

Check # 005000

RECEIVED JAN 29 2024

PBPN-000092