# EXHIBIT 7

PRAIRIE BAND POTAWATOMI TAX COMMISSION
# TRIBAL TOBACCO DISTRIBUTOR/WHOLESALER OR RETAILER LICENSE APPLICATION
16281 Q Road
Mayetta, KS 66509
Telephone: (785) 966-3998
taxcommission@pbpnation.org

*Non-Refundable Application Fee of $100.00 must be submitted with application. Make checks payable to the Prairie Band Potawatomi Tax Commission.

1. Date of Application __1/26/2024__   2. FEIN/Last 4 digit's of SSN __FEIN 88-2639701__

3. Type of License:
   _____ WHOLESALER   __X__ RETAILER   _____ NEW APPLICANT   _____ RENEWAL APPLICANT

4. Legal Business Name __Wamego Store LLC   d/b/a Snak Atak Travel PLaza - Holton, KS__

5. Name of Contact Person/Title __Amit Mishra__

6. Email address of Contact Person __crick_amit@yahoo.com__

7. Mailing Address __10124 N Mckinley Ave Kansas City, MO 64157-7926__

8. Physical Address __20330 US -75 N Holton, KS 66436__

9. City/State/Zip _____

10. Telephone Number _____   Fax Number _____

11. Email Address __holtonsnakatak@gmail.com__

12. Is the Business owned or affiliated with a federally recognized Tribe? __No__ If so, explain the affiliation: _____

13. Type of Business:
   _____ Sole Proprietorship   _____ Partnership   _____ S Corporation   _____ Corporation
   _____ Non-Profit   _____ Government   __X__ LLC   _____ Other

14. Date Incorporated __6/6/2022__   15. Jurisdiction Incorporated In __KS__

16. Date Business Began __6/6/2022__   17. Tax Year End __December__

18. Date you began or will begin selling or importing tobacco or tobacco products on the Prairie Band Reservation: _____

Page 1 of 3

PBPN-000227

PRAIRIE BAND POTAWATOMI TAX COMMISSION
# TRIBAL TOBACCO DISTRIBUTOR/WHOLESALER OR RETAILER LICENSE APPLICATION

19. Provide a brief description of your operations within the Prairie Band Reservation:

_____

_____

20. Did you acquire an existing business? ____ Yes  _X_ No
If yes, list the previous business owner's name _____

21. List the names of your business owners, directors, partners and/or officers (use additional sheet if necessary):

| Name | Home Address | SSN | Title | % Ownership | Director? |
|---|---|---|---|---|---|
| Mehul Shah | 6332 Fountain Ln N, Maple Grove, MN 55311 | [redacted] | Member | 50 | yes |
| Amit Mishra | 10124 N Mckinley Ave, Kansas City, MO 64157-7926 | [redacted] | Member | 50 | yes |
| | | | | | |
| | | | | | |

**Affirmative answers to #21 may result in the denial of application for a license.**

22. Has the applicant, its owner(s), directors, partners, or officers:

  a. Been convicted of fraud, tax evasion, or a violation of the laws governing the reporting and payment of fees or taxes for tobacco or tobacco products in the past five (5) years?
  ____Yes    _X_ No    If yes, attach explanation.

  b. Been convicted of any felony or been granted a deferred judgment following an adjudication or guilt of a felony in the past five (5) years?
  ____Yes    _X_ No    If yes, attach explanation.

  c. Formally held a tobacco wholesaler or distributor or retailers license or permit in any jurisdiction which was revoked for cause in the past five (5) years?
  ____Yes    _X_ No    If yes, attach explanation.

  d. Have any tobacco tax liabilities that are past due in any jurisdiction?
  ____Yes    _X_ No    If yes, attach explanation.

PBPN-000228

**PRAIRIE BAND POTAWATOMI TAX COMMISSION**
## TRIBAL TOBACCO DISTRIBUTOR/WHOLESALER OR RETAILER LICENSE APPLICATION

23. If you are granted this license, do you agree to:

   a. (If a wholesaler) Confirm that each entity to whom you sell and who is located on the Prairie Band Reservation is listed on the licensed Tribal Retailer list?  _X_ Yes  ____ No

   b. Ensure that payment is remitted to the Tax Commission for each Tribal Tax Stamp affixed on individual packs of cigarettes by the tenth (10th) of every month for the previous month?
   _X_ Yes       ____ No

   c. Submit all reports to the Tax Commission as required pursuant to the Potawatomi Law and Order Code Title 10 General Revenue and Taxation?  _X_ Yes       ____ No

   d. Comply with all other applicable tribal business laws applicable to tribal tobacco retailers and wholesalers?  _X_ Yes  ____ No

   e. Take all reasonable precautions to ensure the security and integrity of the Tribal Tax Stamp, including keeping unaffixed stamps in a secure location?
   _X_ Yes       ____ No

   f. Understand that this license, if granted, is non-transferable?  ____ Yes  ____ No

### CERTIFICATION

I certify that I am a duly authorized owner, partner, director, officer, or representative of the applicant and that the statements made herein are true and correct to the best of my knowledge. I further agree on behalf of the applicant to be bound by and comply with all laws of the Prairie Band Potawatomi Nation and do hereby consensually submit to the jurisdiction of the Prairie Band Potawatomi Nation.

Signature _____  Date 1/26/2024

Printed Name Amit Mishra           Title Member

***Non-Refundable** Application Fee of $100.00 must be submitted with application. Make checks payable to the Prairie Band Potawatomi Tax Commission.

Revised 9/15/2022

Page 3 of 3

PBPN-000229