# EXHIBIT 8

**PRAIRIE BAND POTAWATOMI TAX COMMISSION**
16281 Q Rd.
Mayetta, KS 66509
Telephone: (785) 966-3998

**APPLICATION FOR LIQUOR LICENSE**

Instructions: All information must be completed prior to license issuance. This application for the Prairie Band of Potawatomi Liquor License must be accompanied by the appropriate non-refundable application fee:

| | |
|---|---|
| New License Fee: | $30.00 |
| Renewal License: | $10.00 |
| Standard Liquor License Fee: | $500.00 |

1. Business Name: Wamego Store LLC  d/b/a Snak Atak Travel Plaza - Holton, KS
2. Location and Address of Business: 20330 US -75 N Holton, KS 66436
3. Owner's Name and Address: Amit Mishra
   10124 N Mckinley Ave Kansas City, MO 64157-7926
4. Business Telephone: _____  Home Telephone: 816-673-6913
5. Contact person's email address: crick_amit@yahoo.com
6. Last Four digits of Social Security or FEIN Number(s) of Owner(s): FEIN 88-2639701
7. Will the Sales of alcohol take place entirely at a tribally owned gaming facility complex or other tribally owned enterprise on the Prairie Band Potawatomi Reservation? Yes_____ NO_____
8. Is this a new business? Yes  X   No _____   If yes, Date you will begin business: _____
9. Will there be more than one business location? Yes _____ No  X
10. Do you agree to comply with all of the terms and conditions of the Liquor Control Ordinance of the Prairie Band Potawatomi Nation and any other applicable law and do you agree to be subject to the exclusive jurisdiction of the Prairie Band Potawatomi Nation Tribal Court? Yes  X  NO_____

I certify that I am a duly authorized owner, partner, director, officer, or representative of the applicant and that the statements made herein are true and correct to the best of my knowledge. I further agree on behalf of the applicant to be bound by and comply with all laws of the Prairie Band Potawatomi Nation and do hereby consensually submit to the jurisdiction of the Prairie Band Potawatomi Nation.

[X] I agree to submit regular Sales Revenue reports, as requested by the PBPN Tax Commission Office.

Signature _[signature]_   Date 1/26/2024

Printed Name Amit Mishra   Title Member

*Non-refundable Application Fee must be submitted with application along. Make checks payable to the Prairie Band Potawatomi Tax Commission.

Tax Commission Approved form: 4/21/22
Office Use Only: Tribal Council Approved: _____ Application Fee: _____ Liquor License Fee: _____
ABC License #: _____ Exp. Date: _____

PBPN-000232