# EXHIBIT 9

 

**PRAIRIE BAND POTAWATOMI TAX COMMISSION**
16281 Q Rd.
Mayetta, KS 66509
Telephone: (785) 966-3998
taxcommission@pbpnation.org

### Tribal Motor Fuel Distributor or Retailer License Application

☐ **Distributor**     ☐ **Retailer**

New or Renewal of Motor Fuel License Fee $100.00 (Section 10-6-10)

An approved Tribal Motor Fuel License is Valid for (1) Calendar Year from the date of issue and shall be nontransferable and non-assignable. If a tribal distributor establishes one (1) or more places of business at one (1) or more locations within the tribal jurisdiction, a separate license shall be required for each such separate location. The license shall be conspicuously posted in a public area in each such place of business.

1. Business Name: __Wamego Store LLC   d/b/a Snak Atak Travel PLaza - Holton, KS__
2. Business Mailing Address: __10124 N Mckinley Ave Kansas City, MO 64157-7926__
3. Business Physical Location Address: __20330 US -75 N Holton, KS 66436__
4. Business Telephone: _____
5. Check type of ownership: Individual____ Partnership____ Corporation____ Other____
6. List owner, partners, corporate officers, and all stockholders who own company stock.

| Name | Address | Title | Last 4 Social | Telephone Number |
|---|---|---|---|---|
| Mehul Shah | 6332 Fountain Ln N Maple Grove, MN 55311 | Member | ▉ | 816-294-5633 |
| Amit Mishra | 10124 N Mckinley Ave Kansas City, MO 64157-7926 | Member | ▉ | 816-673-6913 |

7. List the exact locations within the PB Potawatomi jurisdiction where applicant intends to distribute fuel. Be sure to list location type: Retail: Other:

| Location type: | Name of Retailer or other and Address |
|---|---|
| Gas Station | Wamego Store LLC  d/b/a Snak Atak Travel Plaza - Holton, KS |
|  |  |
|  |  |

8. Do you transport your own product? Yes _____ No _X_ If yes, please show your Liquid Fuels Carriers Number_____.
   If no, who transports this product? _____
9. Are the applicant(s) at least 18 years of age? Yes _X_ No_____

*(Please initial in each box below attesting to agree and comply)*

[X] I certify that I am a duly authorized owner, partner, director, officer, or representative of the applicant and that the statements made herein are true and correct to the best of my knowledge. I further agree on behalf of the applicant to be bound by and comply with all laws of the Prairie Band Potawatomi Nation and do hereby consensually submit to the jurisdiction of the Prairie Band Potawatomi Nation.

Motor Fuel Tax Law Title 10-6-1 to 10-6-13, passed by TC Resolution: 2022-297 effective 1.1.2023
Tax Commission approved form: 1.10.23
Office Use Only: Date Application Received: _____ Date License Issued: _____ Date Application Fee Paid: _____

PBPN-000230

[X] I agree to report any change in ownership, including a change in partners, corporate officers or stockholders who own company stock within 30 days of the change.

[X] I agree to submit regular Motor Fuel Sales Revenue report by the 10th of the following calendar month. The incidence of the tax levied imposed by Section **10-6-3 is declared and understood to be on the tribal distributor.** Every tribal distributor is required to pay all applicable excise taxes at the applicable rate described in 10-6-3 to the Nation or its designee within (14) calendar days after the end of each calendar month. All records shall be kept by both the retailer and distributor for 3 years and readily available for PBPN Tax Commission inspection.

Signature _____    Date 1/26/2024

Printed Name  Amit Mishra                    Title  Member

Motor Fuel Tax Law Title 10-6-1 to 10-6-13, passed by TC Resolution: 2022-297 effective 1.1.2023
Tax Commission approved form: 1.10.23
Office Use Only: Date Application Received: _____   Date License Issued: _____  Date Application Fee Paid: _____

PBPN-000231