# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PRAIRIE BAND POTAWATOMI NATION,
a federally recognized Indian Tribe,

                Plaintiff,

vs.                                               Case No. 5:24-cv-4066-KHV-RES

JACKSON COUNTY SHERIFF TIM MORSE,

                Defendant.

### Response to Plaintiff Prairie Band Potawatomi Nation's First Requests for Admission to Defendant Jackson County Sheriff Tim Morse

Sheriff Tim Morse responds to plaintiff's First Requests for Admission as follows:

1. Admit that the emails produced in the Plaintiff's initial disclosures between Prairie Band Potawatomi Nation Police Chief Terry Clark and Jackson County Sherriff Tim Morse are authentic and provide an accurate record of correspondence between the two parties.

**RESPONSE: Denied**

2. Admit that Snak Atak Travel Plaza ("Snak Atak") is located within the boundaries of the Reservation.

**RESPONSE: Defendant Admits that the business at 20330 US 75 N, Holton, KS is within the boundaries of the Reservation.**

3. Admit that Snak Atak Travel Plaza was subject to the civil regulations of the Prairie Band Potawatomi Nation.

**RESPONSE: Admit**

4. Admit that the Prairie Band Potawatomi Nation is a federally recognized tribe.

**RESPONSE: Admit**

5. Admit that the Prairie Band Potawatomi Nation's Reservation was establish by Treaty with the United States in 1846.

**RESPONSE: Admit**

1

6. Admit that the Jackson County Sheriff's Office has, on at least one occasion in 2021, threatened to tow a vehicle parked within the boundaries of the Reservation.

**RESPONSE: Denied.**

7. Admit that on May 28, 2024, at least three (3) deputies from the Jackson County Sheriff's Office responded to a call from Snak Atak Travel Plaza located at 20330 U.S. Highway 75, Holton, Kansas 66436, while the Prairie Band Potawatomi Nation's Tax Commission attempted to serve a cease and desist order.

**RESPONSE: Admit**

8. Admit that on a telephone call between Sheriff Morse and Chief Terry Clark on May 28, 2024, Sheriff Morse told Chief Clark that if Snak Atak employees ask the Prairie Band officials to leave the premises and they do not leave, they could be subject to arrest by the Sheriff's Office.

**RESPONSE: Admit**

9. Admit that on May 28, 2024, Sheriff Morse told the dispatcher that the Prairie Band Potawatomi Nation officials would be arrested if they refuse to leave.

**RESPONSE: Denied.**

10. Admit that the Prairie Band Potawatomi Nation possesses civil regulatory jurisdiction on its Reservation.

**RESPONSE: Admit.**

**Fisher, Patterson, Sayler & Smith, LLP**
3550 SW 5th Street | Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**s/David R. Cooper**
David R. Cooper                              #16690
Charles E. Branson                           #17376
**Attorneys for Defendant**

2

## Certificate of Service

On October 29, 2025, the foregoing was electronically served upon the following counsel of record:

Jere D. Sellers, KS #16406 | Rachel E. North, D.Kan. #79121
STINSON LLP | 1201 Walnut Street, Suite 2900 | Kansas City, Missouri 64106
Tel: (816) 691-3190 | Fax: (816) 412-8195
jere.sellers@stinson.com | rachel.north@stinson.com

Carol E. Heckman, *Pro Hac Vice* | Klint A. Cowan, *Pro Hac Vice*
LIPPES MATHIAS | 50 Fountain Place, Suite 1700 | Buffalo, New York 14202
Tel: (716) 853-5100 | Fax: (716) 853-5199
checkman@lippes.com
kcowan@lippes.com
**Attorneys for Plaintiff**

s/David R Cooper