# EXHIBIT 12

# Prairie Band Potawatomi Tax Commission



16281 Q Road
Mayetta, KS 66509
Phone: 785-966-3998
email: tonyanegonsottrodvelt@pbpnation.org

Wamego Store LLC
dba Snak Atak Travel Plaza (Licensee)
10124 N McKinley Ave
Kansas City, MO 64157

February 5, 2024

The Prairie Band Potawatomi Tax Commission is pleased to inform your Business License, Retail Tobacco License and Motor Fuel License for Snak Atak Travel Plaza has been approved for effective dates 1.30.2024 – 1.29.2025.

Additionally, your Liquor License has been approved from 2.1.24 - 2.1.26.

All PBPN licenses are non-transferable and must be conspicuously displayed at the place of business.

Upon acceptance of a license, the licensee consensually agrees to submit to the jurisdiction of the Prairie Band Potawatomi Nation (PBPN) and comply with all the PBPN Laws. The PBPN does not endorse or warranty the quality and safety of licensee's goods and services nor consents to a business or non-business affiliation with licensee. Any assertion, implications, whether direct or indirect; or representations suggesting otherwise are without the consent of the PBPN.

Please feel free to contact me if you have any questions or concerns.

Thank you,

Tonya Negonsott-Rodvelt

Tax Director


Enclosed: (4) Licenses

Exhibit B

PBPN-000233

# PRAIRIE BAND POTAWATOMI NATION

## License for Business

License #: 013024-25

Snak Atak Travel Plaza
20330 US 75 N
Holton, KS 66436

### LICENSE AUTHORIZED BY THE OFFICE OF THE TAX COMMISSIONER

*Upon acceptance of this license, the licensee consensually agrees to submit to the jurisdiction of the Prairie Band Potawatomi Nation (PBPN) and comply with all the PBPN Laws. The PBPN does not endorse or warranty the quality and safety of licensee's goods and services nor consents to a business or non-business affiliation with licensee. Any assertion; implications, whether direct or indirect; or representations suggesting otherwise are without the consent of the PBPN.*

Effective date: **1/30/2024**
Expiration date: **1/29/2025**

_____, PBPN Tax Director        1/30/2024
Signature                                          Date

PBPN Tax Commission Approved: 9.18.23

Exhibit C

PBPN-000234

# PRAIRIE BAND POTAWATOMI NATION

## MOTOR FUEL LICENSE
### RETAILER

**License #: MOTOR-2024-03**

Snak Atak Travel Plaza
20330 US 75 N
Holton, KS 66436

**LICENSE AUTHORIZED BY THE OFFICE OF THE TAX COMMISSIONER**

Upon acceptance of this license, the licensee consensually agrees to submit to the jurisdiction of the Prairie Band Potawatomi Nation and comply with all the Prairie Band Potawatomi Nation Laws. This license is Non-transferable and must be conspicuously displayed at the place of business.

Effective date:   1/30/2024
Expiration date:  1/29/2025

_____, PBPN Tax Director      __1/30/2024__
Signature                                      Date



Exhibit D

PBPN-000235

# Prairie Band Potawatomi Nation

## Liquor License 2024-1



This business is fully licensed under the laws of the Prairie Band Potawatomi Nation (PBPN) to function as a Retailer to sell Liquor pursuant to the Potawatomi Law and Order Code, Title 29, Liquor Control Ordinance.

Snak Atak Travel Plaza
20330 US-75 N
Holton, KS 66436

LICENSE AUTHORIZED BY THE OFFICE OF THE TAX COMMISSIONER

Effective Date: 2.1.24   Tribal Council Resolution 2024-032
Expiration date: 1.31.26

The license must be conspicuously displayed at the place of business. This license is Non-transferable and non-assignable.

_____     2/01/24
Tony& Negonsott-Rodvelt, PBPN Tax Director     Issuance Date
Exhibit E

PBPN-000236

# PRAIRIE BAND POTAWATOMI NATION

## Tobacco Retailer License

License #: 1302024-4

**Snak Atak Travel Plaza**
20330 US 75 N
Holton, KS 66436

This business is fully licensed under the laws of the PRAIRIE BAND POTAWATOMI NATION to function as a **RETAILER** for **Tobacco**, in pursuant to the Potawatomi Law and Order Code Title 10, Chapter 10-2 Tribal Tobacco Excise Tax.

**LICENSE AUTHORIZED BY THE OFFICE OF THE TAX COMMISSIONER**

Effective date: **1/30/2024**

Expiration date: **1/29/2025**

_____   Signature
PBPN Tax Director

_1/30/2024_
Date

Exhibit F

PBPN-000237