# EXHIBIT 13

 Outlook

FW: Retail License

From Tonya Negonsott-Rodvelt <TonyaNegonsottRodvelt@pbpnation.org>
Date Wed 2024-10-09 3:24 PM
To  Darren Root <DarrenRoot@pbpnation.org>
Cc  William Mitchell <WilliamMitchell@pbpnation.org>

📎 1 attachments (1 MB)
2024 Snack Attack Licenses.pdf;

**From:** Tonya Negonsott-Rodvelt
**Sent:** Tuesday, February 6, 2024 4:23 PM
**To:** crick_amit@yahoo.com
**Subject:** Retail License

Good afternoon, Amit.

The Prairie Band Potawatomi Tax Commission is pleased to inform your Business License, Retail Tobacco License and Motor Fuel License for Snak Atak Travel Plaza has been approved for effective dates 1.30.2024 – 1.29.2025.

Additionally, your Liquor License has been approved from 2.1.24 – 1.31.26.

All PBPN licenses are non-transferable and must be conspicuously displayed at the place of business.

Upon acceptance of a license, the licensee consensually agrees to submit to the jurisdiction of the Prairie Band Potawatomi Nation (PBPN) and comply with all the PBPN Laws. The PBPN does not endorse or warranty the quality and safety of licensee's goods and services nor consents to a business or non-business affiliation with licensee. Any assertion, implications, whether direct or indirect; or representations suggesting otherwise are without the consent of the PBPN.

Please feel free to contact me if you have any questions or concerns.

Thank you,

Tonya

Exhibit G

PBPN-000238