# EXHIBIT 14

## PRAIRIE BAND POTAWATOMI NATION
## TRIBAL COUNCIL RESOLUTION No. 2024-032

**Wamego Store, LLC d/b/a Snak Atak Travel Plaza Application for Liquor License**
**Business Location:  20330 US-75 N Holton, KS 66436**

**WHEREAS:** The Prairie Band of Potawatomi Nation (hereafter the "Nation") is a duly organized Tribal entity, with a Constitution and By-Laws approved by the Secretary of the Interior on February 19, 1976, and last amended on December 6, 2007; and

**WHEREAS:** Pursuant to Article V of the Prairie Band Potawatomi Constitution, the Tribal Council is the governing body of the Nation with enumerated powers of authority to *negotiate, consult, and contract with Federal, State, local and Tribal governments, private enterprises, individuals, or organizations;* and

**WHEREAS:** Pursuant to the Prairie Band Potawatomi Constitution, the Tribal Council is charged with the duty of protecting the health, security and general welfare of the Nation and its members and of regulating law and order on the reservation; and

**WHEREAS:** The Tribal Council has the power to issue liquor licenses and set liquor license application fees pursuant to Title 29, Liquor Control Ordinance, of the Nation's Law and Order Code, and power to enforce Title 29; and

**WHEREAS:** Pursuant to Title 29, an approved liquor license is nontransferable and consistent with the application only applies to the sale of liquor, as defined in Title 29, at the business location stated in this resolution.

**WHEREAS:** Wamego Store, LLC d/b/a Snak Atak Travel Plaza wishes to operate a convenience store located at 20330 US-75 N Holton, Kansas within the exterior boundaries of the Nation's reservation, has submitted a complete application including payment of license and liquor fees to be able to sell liquor, as defined in Title 29, at the location; and

**WHEREAS:** The Tribal Council finds that it is in the Nation's best interest to approve the license. The license shall be issued for a period of two (2) years from the date of issuance; and

**WHEREAS:** The Tribal Council wishes to approve Wamego Store, LLC d/b/a Snak Atak Travel Plaza application for Liquor License for the retail location at 20330 US-75 N Holton, KS 66436.

PBPN-000619

**NOW, THEREFORE BE IT RESOLVED** that the Prairie Band Potawatomi Nation Tribal Council does hereby approve Wamego Store, LLC d/b/a Snak Atak Travel Plaza application for Liquor License at the retail location at 20330 US-75 N Holton, KS 66436 Atak Travel Plaza Application for Liquor License.

## CERTIFICATION

This resolution was duly adopted on the 1st day of February, 2024 at a Meeting of the Prairie Band Potawatomi Tribal Council, during which (6) members were present, constituting a quorum, by a vote of (5) for, (0) opposed, (0) abstaining, (1) absent from voting and the Chair not voting.

ATTEST:

_Joseph P. Rupnick, Chairman_

_Lorrie Melchior, Secretary_

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal the day and year last written above.

Notary Public

DEANNA M. BREWER
Notary Public - State of Kansas
My Appt. Expires 05/31/2027