# EXHIBIT 15

# Prairie Band Potawatomi Nation
## Liquor License 2024-1



This business is fully licensed under the laws of the Prairie Band Potawatomi Nation (PBPN) to function as a Retailer to sell Liquor pursuant to the Potawatomi Law and Order Code, Title 29, Liquor Control Ordinance.

Snak Atak Travel Plaza
20330 US-75 N
Holton, KS  66436

LICENSE AUTHORIZED BY THE OFFICE OF THE TAX COMMISSIONER

Effective Date:      2.1.24   Tribal Council Resolution 2024-032
Expiration date:     1.31.26

The license must be conspicuously displayed at the place of business. This license is Non-transferable and non-assignable.

_____          2/6/24
Tony Negonsott-Rodvelt, PBPN Tax Director        Issuance Date

Exhibit E

PBPN-000236