# EXHIBIT 16

PRAIRIE BAND POTAWATOMI
TAX COMMISSION

**CEASE AND DESIST ORDER**

CHAPTER 13-3-1, POTAWATOMI NATION LAW AND ORDER CODE

COMES NOW the Prairie Band Potawatomi Tax Commission (Tax Commission) and by the authority granted it by the Potawatomi Law and Order Code, has issued this **CEASE AND DESIST ORDER** upon the business known as Wamego Store, LLC d/b/a Snak Atak, doing business at 20330 US 75 N, Holton, Kansas.

For one or more of the following reported violations of the Potawatomi Law and Order Code, the Tax Commission has determined that this business continued non-compliance with the Potawatomi Law and Order Code and is a direct and immediate threat to the peace, safety, morals, or general welfare of the residents within the exterior boundaries of the Prairie Band Potawatomi Reservation as established on Article 4, of the Treaty with the Potawatomi Nation, dated June 17, 1846, 9 Stat. 853, and includes such other lands, islands, waters or any interest therein hereafter added to the Reservation.

Reported Violations:

1) Failure to allow Tax Commission and Tribal Police access to the premises to conduct inspections. *Chapter 10-1-4, General Taxing Powers of the Tax Commission, Potawatomi Law and Order Code.*

2) Failure to conspicuously post licenses issued by the Nation. *Chapter 13-2-2, Application and Issuance, Potawatomi Law and Order Code.*

3) Failure to provide and remit sales tax owed the Nation and maintain sales tax records and filing applicable reports with the Tax Commission. *Chapter 10-3, Sales Tax, Potawatomi Law and Order Code.*

4) Failure to affix tribal tobacco stamps to tobacco products sold to the public within the store, maintain records and filing applicable reports with the Tax Commission, remitting tobacco excise tax to the Tax Commission. *Chapter 10-2, Tribal Tobacco Excise Tax, Potawatomi Law and Order Code.*

5) Continual non-compliance with the Nation's business licensing ordinance while conducting business in violation

1

of the applicable conditions of licenses issued by the Nation. *Chapter 13-3, Sanctions, Potawatomi Law and Order Code.*

This order shall remain in effect until the Wamego Store, LLC d/b/a Snak Atak, doing business at 20330 US 75 N, Holton, Kansas, shall come into compliance with the Potawatomi Law and Order Code.

Wamego Store, LLC d/b/a Snak Atak, doing business at 20330 US 75 N, Holton, Kansas shall cease and desist business immediately upon service of this order and may file a notice of appeal with the Prairie Band Potawatomi Nation District Court within thirty (30) days from receipt of this **CEASE AND DESIST ORDER** in accordance with *Chapter 13-3-1 (B) Revocation of License; Failure to Obtain License; Show Cause Hearing, Potawatomi Law and Order Code.*

By issuing this order neither the Tax Commission nor the Prairie Band Potawatomi Nation waives any other remedy available under the Potawatomi Law and Order Code.

This **CEASE AND DESIST ORDER** is entered on this 28th day of May, 2024 and served on Wamego Store, LLC d/b/a Snak Atak, doing business at 20330 US 75 N, Holton, Kansas and its agent _____ on this 28th day of May, 2024 at the business address.

IT IS SO ORDERED

_____
Wade Pahmahmie
Chair
Prairie Band Potawatomi Tax Commission

_____
Ronald Wahweotten
Vice Chair
Prairie Band Potawatomi Tax Commission

_____
Michelle Simon
Commissioner
Prairie Band Potawatomi Tax Commission

A copy of this **CEASE AND DESIST ORDER** was physically affixed to the business premises of Wamego Store, LLC d/b/a Snak Atak, doing business at 20330 US 75 N, Holton, Kansas at 20330 US 75 N, Holton, Kansas on this 28th day of May 2024.

PBPN-000101

# CHAPTER 13-2
# BUSINESS LICENSES

**13-2-1 Applicability.**
This Title shall be applicable to all person engaged in business within the exterior boundaries of the Reservation. No person shall engage in business upon the Reservation without a valid business license issued by the Tax Commission, except as provided in Section 13-2-5(A).

**13-2-2 Application and Issuance.**
An application for a business license shall be submitted in writing to the Tax Commission on forms which it shall provide. Any person engaged in business at the time this Title is enacted shall have 30 days in which to obtain and submit to the Tax Commission an application for a license; provided, that a renewal application for an annual business license shall be made 30 days prior to expiration of such license. Each application shall include:

(A)   A description of the type of business;

(B)   The name and address of the owner or owners of the business;

(C)   The trade name, if any, to be used by the company;

(D)   The locations of the Reservation at which the business will be conducted;

(E)   A sworn statement that the applicant will comply with all tribal law applicable to the applicant's business;

(F)   A statement that the applicant consents to District Court jurisdiction and service of process in matters arising from the conduct of business;

(G)   The name, address and signature of the agent who will accept service of process on behalf of the company.

The Tax Commission shall notify the applicant by regular mail within 14 days after receipt of the application whether a license shall be issued. If a license is issued, the licensee shall post the license in a conspicuous manner at its primary business location.

**13-2-3 Term of License.**
The term of each tribal business license shall be as follows:

(A)   **Temporary Business License.** The term of a temporary tribal business license shall be four days.

(B)   **Seasonal Business License.** The term of a seasonal tribal business license shall be three months.

(C)   **Annual Business License.** The term of a permanent business license shall be for one calendar year.

**13-2-4 Denial of License and Appeal.**
If it is determined that:

(A)   the applicant has materially misrepresented facts contained in the application,

(B)   the applicant presently is in non-compliance with tribal law, or

(C)   the business will threaten the peace, safety, morals, or general welfare of the Tribe,

The Tax Commission shall issue an order of denial to the applicant by certified mail, return receipt requested, within 14 days after receipt of the application. The order of denial shall set forth the reasons for such denial and shall state that the applicant has 30 days from receipt of the order of denial to file a notice of appeal with the District Court.

**13-2-5 Exemptions.**
(A)   The following shall not be required to obtain a license under this title:

   (1)   Governmental entities;

   (2)   Tribal members engaged in the creation or sale of traditional Indian art or handicrafts;

   (3)   Tribal members engaged in the traditional practice of medicine; and

   (4)   Employees of any person.

(B)   Nothing with respect to these exemptions shall diminish the Nation's ability to promote law and order by regulating or prohibiting harmful conduct by any person.

    **(C)**   The following shall not be required to pay a fee for the issuance of a business license under this title:

        **(1)**   Any church engaged in raising funds for religious or charitable purposes;

        **(2)**   Any school, club or athletic organization engaged in staging athletic events for which an admission fee is charged, provided such admission fees do not accrue to the personal benefit of any individual;

        **(3)**   Any accredited school, no part of the income of which accrues to the personal benefit of any individual;

        **(4)**   Pow Wow vendors; and

        **(5)**   Individual tribal members, who are not a corporation, partnership, or other entity.

(Amended by PBP TC No. 2017-071, February 8, 2017; amended by PBP TC No. 2018-027, February 8, 2018)

**13-2-6 Classes of Licenses.**
**(A)**   **Temporary Business License.** All persons engaged in business on the Reservation for a period of four (4) days or less shall have a temporary business license. The fee for a temporary business license is ten dollars ($10.00).

**(B)**   **Seasonal Business License.** All persons engaged in business on the Reservation for a period of three (3) months or less shall have a seasonal business license. The fee for a seasonal business license is twenty-five dollars ($25.00).

**(C)**   **Annual Business License.** All persons engaged in business for a period exceeding three (3) months shall have an annual business license. The fee for an annual business license is fifty dollars ($50.00). A licensee holding an annual business license shall apply for renewal each year on a renewal application form provided by the Tax Commission, but the licensee shall notify the Tax Commission of any change in the licensee's business activities. Renewal of an annual business license shall be made pursuant to the provisions in Section 13-2-2.

**(D)**   **Food Vendors.** No person may produce or sell food (1) that is sold directly to the end consumer and (2) that requires time and temperature control for safety or specialized processing, as determined by the Tax Commission, unless such person has training in basic food handling principles. This training must be received at least every two (2) years and must be accredited and certified by the American National Standards Institute (ANSI). Proof that a person has received such training shall be provided with each license application and renewal and upon the request of the Nation. Training as a food protection manager may also satisfy the food handling training requirement.

(Amended by PBP TC No. 2012-034, February 13, 2012; amended by PBP TC No. 2017-071, February 8, 2017)

**13-2-7 Conditions of License.**
**(A)**   Each licensee shall comply with all applicable tribal laws. The Tribe may, but need not, notify each licensee by regular mail of any additional tribal laws with which the licensee must comply as such laws are enacted by the Council.

**(B)**   Each licensee consents to the jurisdiction of the District Court as to any cause of action arising in connection with the transaction of any business within the Reservation, or any tortuous acts committed in connection with the transaction of any business within the Reservation. Each licensee consents to the service of process of the District Court with respect to all actions over which the District Court has subject matter jurisdiction, in accordance with this Code.

**(C)**   Each licensee shall respond in a timely manner to requests by the Tax Commission for information about the licensee's business for the purpose of establishing whether the licensee is in compliance with the terms of this Title.

Mobile Version