# EXHIBIT 17

# Prairie Band Potawatomi Tribal Police
## LAW ENFORCEMENT AFFIDAVIT / NARRATIVE

| PBPNPD CASE  24-250 | Civil Stand by for CHAPTER 10-1 PRAIRIE BAND POTAWATOMI TAX COMMISSION DESIGNATED AS TAXING AUTHORITY | Offense Date: 05/28/2024 |
|---|---|---|
| | | Report Date: 05/28/2024 |

| Suspect 1: (First Mi. Last) Sank Atak (Business) | Address: 20330 Us Highway 75 Holton KS 66436 | Phone #: |
|---|---|---|

| Race | Sex | DOB | Height | Weight | Hair | Eyes | SSN/DL# |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Victim: (First Mi. Last) | Address: | Phone #: |
|---|---|---|

| Race | Sex | DOB | Height | Weight | Hair | Eyes | SSN/DL# |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Evidence Collected:**

**For: [] PC Arrest/Detention [] Warrant Request [] Review [X] Narrative**

COMES NOW, Terry E. Clark, Chief of Police for Prairie Band Potawatomi Tribal Police, being of lawful age and having been sworn on oath, hereby states, and alleges that in the said County of Jackson and said state of Kansas within the jurisdictional boundaries of the Prairie Band Potawatomi Nation, he has been informed of the following:

**Synopsis:**
On April 28, 2024, I Chief Terry E. Clark Badge # 60 was on duty for the Potawatomi Tribal Police Department. At approximately 1:00 PM was asked to conduct a civil standby at 20330 Us Highway 75 Holton KS 66436, Snak Atak by the Tribal Tax Commission to conduct an inspection of the business.

**Investigation:**
At approximately 1:13 PM I arrived at the above listed location accompanied by Ofc Barnhart, Officer Martinez and Tribal Tax commission staff Tonya Negonsott-Rodvelt and William Mitchell. Upon entry of the business Ms. Rodvelt advised the store employee, which is believed to be the store manager, they were there to conduct an inspection of the tobacco items being sold in the store which was in reference to tax stamps.

The employee advised Ms. Rodvelt that she needed to contact their attorney. The employee the handed Mrs. Rodvelt a letter. Mrs. Rodvelt asked the employee if they were going to allow them to inspect the tobacco and the employee advised they could not. Mrs. Rodvelt went over paperwork with the employee and had the paperwork signed by the employee. At this time, we all exited the store.

At approximately 5:30 PM the Tax Commission requested another civil stand by to sever a cease-and-desist letter. 5:44 PM, I arrived at the above listed location accompanied by Ofc Barnhart, Officer Martinez and Tribal Tax commission staff Tonya Negonsott-Rodvelt and William Mitchell. Upon entry of the store, we meet with another store employee. I advised the employee we where there to serve a cease-and-desist letter. The employee advised he was calling him manager. I then observed the employee look a Jackson County Sheriff's business card. I exited the store and called the Sheriff. Tim Morse. I advised the Sheriff the action being taken by the Tribal Tax Commission. Shortly after my call to the Sheriff, I observed 2 Sheriff Deputies arrive on scene. As I continued to explain the actions being taken by the Tribal Tax Commission to the Sheriff a third Deputy arrived on scene.

'

PBPN-000075

The Sheriff then advised me that the business owner/employees had asked us to leave which was not stated at any time. The Sheriff then advised me that if they asked us to leave and we did not we could be arrested for criminal trespassing. I advised the Sheriff that the Tribal Tax Commission was there on official business. (Please see body camera video)

After talking the Sheriff, I talked with Mrs. Rodvelt and Mr. Mitchell and advised both what the Sheriff had advised me, and I advised them that due to the action being taken is a civil matter we would not be able to take any additional action. I then contacted Darren Root, Tribal Attorney, and advised him of the situation and what had been advised to by the Sheriff concerning the criminal trespassing.

After talking with Mr. Root, I talked with the SGT Deputy and explained to him why were where there. I advised the Deputy I did not believe the Sheriff had jurisdiction over this matter. The SGT Deputy asked at what point to we stop interrupting their business, Mrs. Rodvelt explained why we were there again.

After talking with the SGT Deputy, I went back into the store and attempted to serve the cease-and-desist letter to a store employee which they asked to wait until the store manner returned. Once the store manager returned, he was served the letter. (Please note my body camera stopped recording before the store manager arrived) (Please see body camera video)

After the letter was served to the store manager, we exited the store and left property.

**Conclusion:**

Currently, this case is closed.

I verify under penalty of perjury that the foregoing is true and correct.

Executed this the ___6___ day of ___June___, ___2024___

        WHEREFORE, Affiant forwards this case to the Prosecuting Attorney for review.

FURTHER AFFIANT SAITH NAUGHT. _____

Subscribed and sworn to before me this (__6__) day of (__June__), 2024.

_____
Notary Public

ALISA MAE ROSE MILLER
Notary Public - State of Kansas
My Appt. Expires 2/27/2028

PBPN-000076