# EXHIBIT 18

## Prairie Band Potawatomi Tribal Police
### LAW ENFORCEMENT AFFIDAVIT / NARRATIVE
**For: [  ]  PC Arrest/Detention  [  ] Warrant Request  [  ] Review  [X] Narrative**

COMES NOW, Michael Barnhart, Officer for Prairie Band Potawatomi Tribal Police, being of lawful age and having been sworn on oath, hereby states, and alleges that in the said County of Jackson and said state of Kansas within the jurisdictional boundaries of the Prairie Band Potawatomi Nation, he has been informed of the following:

**NARRATIVE:** On May 28, 2024, I was tasked with going to the Snak Atak convenience store at 20330 US 75 HWY Holton KS 66436, within the jurisdiction of the Prairie Band Potawatomi Nation (PBPN). I was tasked with providing a civil standby while the Prairie Band Potawatomi Nation Tax Commission conducted an inspection of the business.

The tax commission requested to be allowed to inspect the business for required documents and tobacco tax stamps provided by the PBPN, the request to inspect was denied. The tax commission representative went over some paperwork with the employees. I observed the Kansas Retail License, Alcohol Sales License nor PBPN retail license was posted. I observed tobacco, alcohol and Kansas Lottery tickets were offered for sale. After a copy of the paperwork was received by the employees I left property.

Later the same day I was again asked to return while civil papers were served on the business. The papers were Cease and Desist orders. Chief Clark #60 presented the civil process to them and explained it. The employee working called the manager to come to the store. I noticed the employee looking at a Jackson County Sheriff's business card posted behind the counter and gave the number to the manager over the phone. Shortly afterwards three Jackson County Deputies arrived on scene. The deputies stayed in the parking lot. I was left inside the business while the tax commission representatives, Chief Clark and Detective Derek Martinez #85 went outside.

While I was inside another employee arrived and asked me to go over the paperwork with them. I told them I hadn't read it. I did read the violations to listed on the paperwork to them. The employees also read the paperwork. They asked if the store could remain open and I told them to my knowledge the store could not.

The manager arrived at the business and Chief Clark went inside with the manager to explain the paperwork. I remained at the door entrance with Martinez and a Jackson County deputy. After the paperwork was served, I left the property.

I verify under penalty of perjury that the foregoing is true and correct.

Executed this the 6th day of June 2024

WHEREFORE,
FURTHER AFFIANT SAITH NAUGHT. *Michael D Barnhart #59*

Subscribed and sworn to before me this ( 6 ) day of ( June ), 2024.

_____
Notary Public

ALISA MAE ROSE MILLER
Notary Public - State of Kansas
My Appt. Expires 2/27/2028

PBPN-000077