# EXHIBIT 19

## Prairie Band Potawatomi Tribal Police
LAW ENFORCEMENT AFFIDAVIT / NARRATIVE

| PBPNPD CASE 24-250 | Offense: (Statute/Code#, description) | Offense Date: 5/28/2024 | Report Date: |
|---|---|---|---|

For: ☐ PC Arrest/Detention   ☐ Warrant Request   ☐ Supplemental Narrative   ☒ Narrative

COMES NOW, Dereck Martinez Investigator for the Prairie Band Potawatomi Tribal Police, being of lawful age and having been sworn on oath, hereby states, and alleges that in the said County of Jackson and said state of Kansas within the jurisdictional boundaries of the Prairie Band Potawatomi Nation, he has been informed of the following:

*Narrative:*

On 5/28/2024 Chief Terry Clark #60 asked Investigator Michael Barnhart #59 and I to come and assist with a Civil Standby at "Snackatak" located at 20330 US Highway 75, Holton, KS. This location is located on the Prairie Band Potawatomi Nation Reservation. We went and met with Tribal Tax Commissions staff so they could speak to them about possibly not paying taxes on items sold.

On arrival Tribal Tax Commissions Director met with the manager and explained why they were there. The manager told the Tribal Tax Commissions director he was not going to allow them to inspect items in the store. Chief Clark noticed there were no licenses of any kind put up to see. I observed Lottery tickets for sale under the counter. They asked the manager if they had any tobacco products with the tribe's tax stamp on it and they said they did not know where it was, and they were unable to show packs of cigarettes with the Tribal Tax Stamp on it. Before we left Chief Clark was shown the liquor license and he advised he needed to hang it up so people can view it. Chief Clark advised him to speak their boss and make sure they are selling the Lottery tickets legally. They filled out forms and we then left.

Later that day we were asked to go back up to the store with the same Tribal Tax Commission staff to serve a cease-and-desist notice to the business. While we were there, they contacted the Jackson County Sheriff's Office. I went out and spoke to the deputies. They informed me they had a call of being harassed. I explained why we were they and told them they could leave or stay and to do what they need to do. The only time I spoke to any of the workers was when I asked if they had their ID's so The Tribal Tax Commission Director could get their names because she was having issues understanding them and reading their writing.

This case is clear and closed.

I verify under penalty of perjury that the foregoing is true and correct.

Executed this the 6 day of June, 2024

WHEREFORE, Affiant forwards this case to the Prosecuting Attorney for review.

FURTHER AFFIANT SAITH NAUGHT.

Dereck Martinez #85, Investigator.
Prairie Band Potawatomi Tribal Police

Subscribed and sworn to before me this ( 6 ) day of ( June ), 2024.

Notary Public

ALISA MAE ROSE MILLER
Notary Public - State of Kansas
My Appt. Expires 2/27/2028

Page 1 of 1

PBPN-000078