# EXHIBIT 20

May 28, 2024, Officer Dereck Martinez Body Cam Footage (PBPN-000731)
**(FILED CONVENTIONALLY)**