# EXHIBIT 21

May 28, 2024, Terry Clark Body Cam Footage (PBPN-000737)
**(FILED CONVENTIONALLY)**