# EXHIBIT 22

May 28, 2024, Jose Martinez, Body Cam Footage (MORSE_000027)
**(FILED CONVENTIONALLY)**