# EXHIBIT 23

**From:** Lee Hendricks <lee@stumbolaw.com>
**Date:** May 31, 2024 at 3:52:57 PM CDT
**Subject: RE: Jackson County Sheriff Interfering with Nation's Jurisdiction**

Darren and Russell,

As you likely know, I was in a meeting with Zeke and some other Tribal Council members when this incident took place. I do not know the full details of what occurred, which is why I wanted the Sheriff present at our meeting. In my experience, when he is present at such meetings he has felt more comfortable when his legal counsel is present as well.

I don't think a meeting between the two of you and I will be very productive, given my lack of involvement in the matter. But I can share my general thoughts, as well as the comments the Sheriff shared with me. He shared with me the following:

> On that day, we had a couple calls from the store. At the end of the day the owner/manager called me very upset stating that they were there to close his store. At the same time, I received a call from Chief Clark who from what I understood was on the scene. I am guessing his purpose was to tell me that they were on scene. I believe our dispatch also received a call and three deputies were dispatched. The Chief seemed to not be completely on board with what the tribe was doing either and made the point that they were only keeping the peace and there was nothing else they could legally do.
>
> I was concerned that what was happening based on what the owner was telling me was illegal. I told the Chief that if they are asked to leave that they should leave because theoretically they could be subject to arrest. The Chief assured me that no one has asked them to leave. I told him that I didn't want his officers or my deputies in that situation. He told me that he told the taxing commission who planned to chain the doors shut to not do it. He said they were there only to serve a cease-and-desist notice and leave. We had a good visit after