# EXHIBIT 24

CONFIDENTIALITY NOTICE: This e-mail message is being sent from an employee of the Prairie Band Potawatomi Nation. This message, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and exempt from disclosure under applicable laws. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and delete this e-mail from both your "mailbox" and your "trash." Thank you.  If you are the intended recipient, but do not wish to receive communications through this medium, please advise the sender immediately.

**From:** Lee Hendricks <lee@stumbolaw.com>
**Sent:** Friday, May 31, 2024 3:53 PM
**To:** Darren Root <DarrenRoot@pbpnation.org>
**Cc:** Russell Brien <russ@brienlawllc.com>
**Subject:** RE: Jackson County Sheriff Interfering with Nation's Jurisdiction

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Darren and Russell,

As you likely know, I was in a meeting with Zeke and some other Tribal Council members when this incident took place.  I do not know the full details of what occurred, which is why I wanted the Sheriff present at our meeting.  In my experience, when he is present at such meetings he has felt more comfortable when his legal counsel is present as well.

I don't think a meeting between the two of you and I will be very productive, given my lack of involvement in the matter.  But I can share my general thoughts, as well as the comments the Sheriff shared with me.  He shared with me the following:

> On that day, we had a couple calls from the store.  At the end of the day the owner/manager called me very upset stating that they were there to close his store.  At the same time, I received a call from Chief Clark who from what I understood was on the scene.  I am guessing his purpose was to tell me that they were on scene.  I believe our dispatch also received a call and three deputies were dispatched.  The Chief seemed to not be completely on board with what the tribe was doing either and made the point that they were only keeping the peace and there was nothing else they could legally do.
>
> I was concerned that what was happening based on what the owner was telling me was illegal.  I told the Chief that if they are asked to leave that they should leave because theoretically they could be subject to arrest.  The Chief assured me that no one has asked them to leave.  I told him that I didn't want his officers or my deputies in that situation.  He told me that he told the taxing commission who planned to chain the doors shut to not do it.  He said they were there only to serve a cease-and-desist notice and leave.  We had a good visit after that and discussed his son's tonsil surgery.  I was advised that everyone left with no incident.  I have been told since that the store has not been open since.

Neither I nor the County Commission question the Nation's civil authority on non-tribal fee land within the reservation.  That is not in question.  This business owner appeared before the County Commission weeks ago asking about his taxation situation – owing taxes to both the State and the Nation.  I informed him and his agent that day that it was not our place to speak as to whom he pays taxes to, and I strongly recommended that he determine that immediately so as to avoid any issues with either party.  I by no means am an expert on taxation, and I certainly don't expect the Sheriff or his officers to be tax law experts either.

PBPN-000288