# EXHIBIT 26

May 28, 2024, Sgt. Bryce Whelpley Body Cam Footage (MORSE_000025)
**(FILED CONVENTIONALLY)**