# EXHIBIT 27

May 28, 2024, Deputy Dereck Martinez Body Cam Footage (PBPN-000732)
**(FILED CONVENTIONALLY)**