# EXHIBIT 28

May 28, 2024, Sgt. Bryce Whelpley Body Cam Footage (MORSE_000026)
**(FILED CONVENTIONALLY)**