# EXHIBIT 29

## EXCLUSION COMPLAINT FORM

(Pursuant to Potawatomi Law and Order Code Title 14)

FILED
IN THE DISTRICT COURT
~~~ JUN 28 P 3: 58
OF THE PRAIRIE BAND
POTAWATOMI NATION

**Name of person/s filing the complaint (complainant):** Prairie Band Potawatomi Tax Commission

**Date:** June 28, 2024

**Address:** 16281 Q Rd Mayetta, Kansas 66509       **Telephone:** 785-966-3998

**Name of nonmember person whom you are filing the complaint on:**

This complaint seeks the exclusion of the following nonmember persons who continue to conduct business within the exterior boundaries of the Nation's reservation in defiance of the Nation's law. The definition of persons as used in the Nation's Law and Order Code is found at Chapter 1-4-1(M), Nation's Law and Order Code.

1. Wamego Store LLC,

   Wamego Store LLC is a non-tribal member owned limited liability company organized under the Kansas revised limited liability company act, K.S.A. 17-7662 *et seq.*

   Wamego Store LLC's business location at 20330 US 75 N, Holton, Kansas, is on non-tribal fee land within the exterior boundaries of the Nation's reservation for the operation of a retail convenience store known as Snak Atak Travel Plaza.

   **Address for Service:** Attn. Mehul S. Shah, Registered Agent, 403 Spruce St, Wamego, KS 66547

2. Mehul S. Shah, Member and Registered Agent of Wamego Store LLC

   **Address for Service:** 6332 Fountain Ln N, Maple Grove MN 55311

   and PO Box 191, Avon MN 56310

3. Amit Kumar Mishra, Member of Wamego Store LLC

   **Address for Service:** 10124 N McKinley Ave, Kansas City MO 64157

4. Amit Kumar Sharma, Member of Wamego Store LLC

   **Address:** 1006 Tennessee St, Apt 3, Lawrence KS 66044

**Grounds for Exclusion (see 14-1-4)** (reason why nonmember should be excluded from Potawatomi lands).

The Prairie Band Potawatomi Nation (hereafter the Nation) through the Tax Commission and the Tribal Council retains jurisdiction to exercise civil authority over the conduct of non-Indians on fee lands within the exterior boundaries of the Nation's reservation who enter a consensual relationship with the Nation or when their "conduct threatens or has some direct effect on the

1

PBPN-000630

political integrity, the economic security, or the health or welfare of the tribe." *Montana v. U.S.,* 450 U.S. 544 at 565-566 (1981).

Wamego Store LLC has entered into a consensual relationship with the Nation by reason of applying for and receiving a License for Business, Motor Fuel License, Liquor License, and Tobacco Retailer License. In addition, the ongoing operation of business within the exterior boundaries of the Nation's reservation by Wamego Store LLC and its principals is in violation of Nation law and has a direct negative effect on the political integrity and economic security of the Nation as well as the health and welfare of the Nation and its members.

1. Chapter 14-1-4(D) - Failing or refusing to pay any taxes, rents or other charges justly due the Tribe or any tribal entity, after reasonable notice and an opportunity to pay
2. Chapter 14-1-4(H) - Violating any law of the Tribe, including any rule or regulation of the Tribal Tax Commission
3. Chapter 14-1-4(M) - Trading or conducting business inside the Reservation in violation of tribal or federal law

On May 28, 2024, after being denied entry into the store to complete a pre-announced inspection, the Nation's Tax Commission pursuant to Title 13 of the Nation's Law and Order Code, prepared and physically served a cease and desist order upon Wamego Store LLC and its agent, store manager. The cease and desist order, which is incorporated herein by reference, sets out numerous violations of the Nation's law, including non-payment of taxes. (Exhibit A)

Wamego Store LLC was "to cease and desist business immediately upon service of the order and may file a notice of appeal with the District Court within thirty (30) days from receipt of the cease and desist order." Chapter 13-3-1(B). The 30-day appeal period expired on June 27, 2024.

Wamego Store LLC continues conducting business in defiance of the lawful cease and desist order, and the Nation's law.

On June 12, 2024, Tax Commission staff with support from Tribal Police officers returned to the Snak Atak location. The store was open in violation of the cease and desist order. Staff purchased two packs of cigarettes and neither pack had a Nation tobacco tax stamp affixed to it. Like what occurred on May 28, 2024, Wamego Store LLC employees denied the inspection of the premises, business records, and products; and obstructed the confiscation of all cigarette packs not bearing a Nation tobacco tax stamp.

On June 18, 2024, the Prairie Band Potawatomi Gaming Commission (hereafter the Gaming Commission) issued a cease and desist order to Wamego Store LLC, its owners and employees, from conducting gaming activities within the exterior boundaries of the Nation's reservation. Wamego Store LLC, its owners and employees failed to secure the requisite licenses from the Gaming Commission allowing the conduct of gaming activities within the exterior boundaries of the Nation's reservation. There is no record of Wamego Store LLC filing an appeal of the cease and desist order before or on June 27, 2024. Wamego Store LLC failed to exhaust available remedies pursuant to Nation law.

PBPN-000631

Through its members and employees, Wamego Store LLC continues to operate its business in violation of the Nation's law. Therefore, all nonmember persons including Wamego Store LLC, identified in this complaint should be subject to an order of exclusion.

The Complainant is requesting that the Court impose conditions in the order of exclusion including (1) an order directing all excluded parties to immediately cease and desist all commercial activity at the business location, (2) an order directing the Tax Commission and Tribal Police to use whatever reasonable and lawful means available to secure the business location, including but not limited to, chaining doors and placing barricades around the property to prevent access to the business location.

**Potawatomi land locations to be excluded from:**

The exterior boundaries of the Nation's reservation established in Article 4 of the Treaty with the Potawatomi Nation, dated June 17, 1846, 9 Stat. 853.

**Extent of exclusion:**

Permanent. See Chapter 14-1-3.

**Complainant Signature:**

Tonya Negonsott-Rodvelt        6.28.24

Tax Director, PBPN Tax Commission

**Witnessed:**

Name:  Tiffany Ditzler     Title:  Paralegal

**Duly executed on behalf of the Prairie Band Potawatomi Tax Commission.**

Wade Pahmahmie
Chair
Prairie Band Potawatomi Tax
Commission

3

PBPN-000632