# EXHIBIT 30

**IN THE PRAIRIE BAND POTAWATOMI NATION DISTRICT COURT**
**ON THE PRAIRIE BAND POTAWATOMI NATION RESERVATION**
**11444 158th ROAD, MAYETTA, KANSAS**

FILED IN THIS DISTRICT COURT
2024 AUG -8 P 1:21
OF THE PRAIRIE BAND POTAWATOMI NATION

Prairie Band Potawatomi Tax Commission,
    Petitioner,

v.   Case No. 2024-OT-0013-CV

Wamego Store LLC,
Mehul S. Shah,
Amit Kumar Mishra,
Amit Kumar Sharma, and
Raja Babu Rain, Individually and Jointly, as
    Respondents.

## COMBINED FINAL ORDER OF EXCLUSION AND WRIT OF EXECUTION

### FINAL ORDER OF EXCLUSION

Section 14-1-7

NOW ON THIS, 5th day of August 2024 comes the above captioned matter before the District Court for show cause final hearing on the Prairie Band Potawatomi Tax Commission (Tax Commission) Exclusion Complaint filed against the Respondents, individually and jointly. The Tax Commission appears by Tribal Attorney, Darren E. Root. The Respondents appear not. After review of the matter and being otherwise duly apprised in the premises the District Court finds:

That pursuant to Title 14 of the Potawatomi Law and Order Code the Prairie Band Potawatomi Nation's (Nation) Tax Director Tonya Negonsott-Rodvelt signed an Exclusion Complaint as the Complainant, which, was duly executed on behalf of the Tax Commission by its Chair, Wade Pahmahmie, and submitted to the Tribal Council, alleging the Respondents, individually and jointly, had committed several acts that, any one of which, could be just cause for exclusion.

1

That the Exclusion Complaint was presented to the Tribal Council and after due consideration the Tribal Council found that the Respondents should be provided the opportunity for a hearing before the District Court in accordance with Section 14-1-7 and approved by consensus that Tribal Council Chairman Joseph P. Rupnick would sign the Exclusion Complaint on behalf of the Tribal Council.

The Exclusion Complaint was then referred to the District Court for a hearing in accordance with Section 14-1-5, Potawatomi Law and Order Code.

The Exclusion Complaint is now properly before the District Court for final determination.

The District Court has reviewed the Exclusion Complaint, heard arguments, and will now find as follows:

Adequate notice has been provided to the Respondents who appear not for this hearing.

The District Court takes judicial notice of the case file which supports the allegations made in the Exclusion Complaint.

The District Court further finds that the evidence supports the Nations Petition for Exclusion and therefore finds that Exclusion is warranted and appropriate.

The specific relief sought by the Nation is granted.

Effective immediately the Respondents, individually and jointly, are hereby ordered excluded from any and all lands, locations or facilities within the exterior boundaries of the Nation's reservation established in Article 4 of the Treaty with the Potawatomi Nation, dated June 17, 1846, 9 Stat. 853; and, including, such other lands, islands, waters or any interest therein hereafter added to the reservation.

The District Court hereby orders all Respondents to immediately cease and desist all commercial activity at 20330 US 75 N, Holton, Kansas, operated as a retail convenience store known as Snak Atak Travel Plaza.

A copy of this order shall be affixed to the exterior of the building located at 20330 US 75 N, Holton, Kansas.

PBPN-000837

The Respondents, individually and jointly, shall not cross the boundaries of the Nation's lands, enter upon the reservation or otherwise violate any provisions of this order.

Any violation of this order will subject the Respondents, individually and jointly, to prosecution by any and all manner proscribed and authorized by law.

The extent (duration) of this exclusion is permanent.

## WRIT OF EXECUTION
### Section 14-1-8

If the Respondents fail to promptly comply with the Final Order of Exclusion, the District Court orders Tribal Police, if required, to use whatever force is necessary to secure the business location, including but not limited to, escorting employees and patrons from the premises, chaining doors and placing barricades around the property to prevent access to the business location at 20330 US 75 N, Holton, Kansas, operated as a retail convenience store known as Snak Atak Travel Plaza.

**IT IS SO ORDERED.**
8/8/2024

_____
Honorable Jessica Bear
District Court Judge
Prairie Band Potawatomi Nation

Prepared by:

_-s-Darren E. Root_____
Darren E. Root #12694
PBPN Tribal Prosecutor

3

PBPN-000838