# EXHIBIT 32

**From:** Tim Morse
**To:** Terry Clark
**Subject:** O Road
**Date:** Wednesday, September 1, 2021 8:09:23 PM

Well the facts of the story are this. There was one vehicle that was parked in the roadway. The deputy believed it was a road hazard since it was over a crest of the hill. He asked the owner of the vehicle to Park it on the shoulder and off the roadway. The owner had lots of attitude. He refused to move it, the deputy did tell him that he would tow it if he would not move it. The owner apparently called somebody on the phone, and returned and he moved the vehicle. Sounds like a lot of drama. I would say unless the road is completely shut down, all Kansas statutes still apply.

Sent from my iPhone