# EXHIBIT 33

## OUTS - JASO - Call History Synopsis

Pg 1 of 4

Occurrence Number: **OUTS**  
Date Reported: **2021-08-26 07:59:55**  
Complaint Type: **25 - Assist Citizen**  
Location: **O Rd and 150th Rd Mayetta**

Clear Type: **Notebook**  
Officer: **Kendal Grimm - 311**

---

26-Aug-21 07:59:55 - - - - - - - - - Dispatched - - - - - - - - - - - - - - - - - 58 (Carrie Belveal)  
JASO Patrol 311 Beat: 2  
Kendal Grimm - 311

26-Aug-21 07:59:55 - - - - - - - - - On Scene - - - - - - - - - - - - - - - - - 58 (Carrie Belveal)  
On scene when dispatched

26-Aug-21 07:59:55 - - - - - - - - - Entered - - - - - - - - - - - - - - - - - 58 (Carrie Belveal)  
25 - Assist Citizen (Non-Emerg)  
Source: Officer

Location: O Rd and 150th Rd - Mayetta

26-Aug-21 08:00:14 - - - - - - - - - Initiated - - - - - - - - - - - - - - - - - 58 (Carrie Belveal)

26-Aug-21 08:00:27 - - - - - - - - - Memo - - - - - - - - - - - - - - - - - 58 (Carrie Belveal)  
JASO Patrol 311 Beat: 2  
Kendal Grimm - 311

--KDORWS--  
KANSAS MOTOR VEHICLE REGISTRATION RESPONSE  
INQUIRY ON: LIC/2086 LIT/PT

LICENSE:2086 STATE:KS TYPE:POTAWATOMI TRIBE  
**STATUS  
REGISTRATION:ACTIVE INSURANCE: TITLE:CURRENT  
PLATE STATUS:  
**VEHICLE  
MAKE:TOYO MODEL:CAMRY STYLE:4D  
COLOR:RED YEAR:2002  
EMPTY WGT:0 GROSS WGT:0  
VIN:4T1BE30K52U021723  
**OWNER  
PRIMARY:AITKENS,KENNETH OLN:  
ADDRESS: 14150 N1 ROAD PHONE:  
CITY:MAYETTA STATE:KS ZIP: 66509  
**REGISTRATION  
EXPIRATION:2022-02-28 DECAL: LIC MO:2  
COUNTY:  
**TITLE  
TITLE:OT2541RO TYPE:REGULAR TITLE DATE:2021-02-26  
**INSURANCE  
COMPANY:  
POLICY NO:  
EFFECTIVE: END:  
**LIENHOLDERS  
--END--

***** END OF RESPONSE *****

--KDORWS--  
KANSAS MOTOR VEHICLE REGISTRATION RESPONSE  
INQUIRY ON: LIC/1517 LIT/PT

```
LICENSE:1517 STATE:KS TYPE:POTAWATOMI TRIBE
**STATUS
REGISTRATION:ACTIVE INSURANCE: TITLE:CURRENT
PLATE STATUS:
**VEHICLE
MAKE:FORD MODEL:FUSION STYLE:4D
COLOR:BLK YEAR:2012
EMPTY WGT:0 GROSS WGT:0
VIN:3FAHP0HAXCR373942
**OWNER
PRIMARY:LECLERE,JALEN CHARLES OLN:
ADDRESS: 8750 BUFFALO DR #6 PHONE:
CITY:MAYETTA STATE:KS ZIP: 66509
**REGISTRATION
EXPIRATION:2022-07-31 DECAL: LIC MO:7
COUNTY:
**TITLE
TITLE:OT942RO TYPE:REGULAR TITLE DATE:2021-07-30
**INSURANCE
COMPANY:
POLICY NO:
EFFECTIVE: END:
**LIENHOLDERS
--END--

***** END OF RESPONSE *****
```

26-Aug-21 08:07:16 - - - - - - - - - Memo - - - - - - - - - - - - - - - - - 58 (Carrie Belveal)
JASO Patrol 311 Beat: 2
Kendal Grimm - 311


COLORADO MOTOR VEHICLE REGISTRATION RESPONSE


RESPONSE FROM DMV
QUERY ON: LIC/DEZ637.
*** CCIC INFO MAY BE USED FOR CRIMINAL JUSTICE PURPOSES ONLY ***
*** ONLY COLORADO DMV FILES WERE SEARCHED ***
*** MAY CONFIRM WITH COLIC0000 BEFORE TAKING ENFORCEMENT ACTION ***

STATE OF COLORADO
COLORADO VEHICLE REGISTRATION

REGISTRATION TITLE
NAME: WOODIE NIZHONI & BRADFORD CAROL NAME: WOODIE NIZHONI & BRADFORD CAROL
NAME2: WOODIE NIZHONI & BRADFORD CAROL NAME2:
NAME3: NAME3:
ADDRESS: 1670 SOLAR CT ADDRESS: PO BOX 901098
CITY: MONTROSE STATE: CO ZIP: 81401 CITY: FT WORTH STATE: TX ZIP: 76101
REGISTRATION STATUS: ACTIVE TITLE STATUS: ACTIVE 05/31/2018
LICENSE: DEZ637 STATE: CO TYPE: PASSENGER REGULAR
EXPIRATION: 2022-06 TAB: 0022373100
VIN: JF1VA1C60J8833671
TITLE: 21E637563 COUNTY: MONTROSE
MAKE: SUBA MODEL: COLOR: WHI
STYLE: SEDAN YEAR: 2018
--END--

26-Aug-21 08:08:10 - - - - - - - - - Memo - - - - - - - - - - - - - - - - - 58 (Carrie Belveal)
JASO Patrol 311 Beat: 2
Kendal Grimm - 311



one car is in the ditch

26-Aug-21 08:10:32 - - - - - - - - - Memo - - - - - - - - - - - - - - - - - 58 (Carrie Belveal)
JASO Patrol 311 Beat: 2
Kendal Grimm - 311

**851-1863 Kenneth Aitkens**

individual said when they get off work they can get the vehicle moved

26-Aug-21 08:12:39 - - - - - - - - - Reassign - - - - - - - - - - - - - - - - - - 58 (Carrie Belveal)
Cleared: JASO Patrol 311 Beat: 2

26-Aug-21 08:12:39 - - - - - - - - - Dispatched - - - - - - - - - - - - - - - - - 58 (Carrie Belveal)
JASO Patrol 316 Beat: 2
Matt Honas - 316

26-Aug-21 08:12:45 - - - - - - - - - Backup - - - - - - - - - - - - - - - - - - 58 (Carrie Belveal)
JASO Patrol 311 Beat: 2

26-Aug-21 08:12:45 - - - - - - - - - Dispatched - - - - - - - - - - - - - - - - - 58 (Carrie Belveal)
JASO Patrol 311 Beat: 2
Kendal Grimm - 311

26-Aug-21 08:13:05 - - - - - - - - - Enroute - - - - - - - - - - - - - - - - - - 58 (Carrie Belveal)
JASO Patrol 316 Beat: 2
Matt Honas - 316

O Rd and 150th Rd - Mayetta

owner is not complying with 311

26-Aug-21 08:13:51 - - - - - - - - - Memo - - - - - - - - - - - - - - - - - - 58 (Carrie Belveal)
JASO Patrol 311 Beat: 2
Kendal Grimm - 311

```
--KDORWS--
KDQ
AITKENS KENNETH ORDELL DOB/12291998 ROR IND/N
SEX/M EYE/BRO HGT/511 WGT/250 IMG/P CCL STTS/ CCL EXP/00000000
 STATUS: REG:VALID KANSAS CDL: SOC/510170399
OLN/K03710228 TYPE/REGULAR CLASS/C CDLCLASS/ PREV OLN/
ISS/12302019 EXP/12292025 RENEWAL/10302025
718 SW WESTERN AVE APT 14
TOPEKA KS 66606-1464
RSTR:B :CORRECTIVE LENSES
**DRIVER HISTORY**
CNV/D36:FAILURE TO MAINTAIN LIABL INS CITD/08122018 CNVD/09172018
 CNV ST/KS CNV LCL/JA CRT TYP/DIS CMV IND/N CDL IND/
 HZD IND/N SPD LMT/ ACT SPD/
CNV/B51:EXPIRED OR NO DL CITD/05282019 CNVD/10112019
 CNV ST/KS CNV LCL/JA CRT TYP/DIS CMV IND/N CDL IND/
 HZD IND/N SPD LMT/0 ACT SPD/0
SUS/D35:FAILURE TO COMPLY WITH FINANCIAL R WD/10302018 ED/00000000 RD/10022019
 WDR ST/KS WDR EXT/3 CRT TYP/ CMV IND/ CDL IND/
 HZD IND/ SPD LMT/ ACT SPD/
END OF HISTORY
ALIAS NAME/AITKENS KENNETH O
END OF ALIAS LIST
***CRIMINAL JUSTICE USE ONLY - DO NOT DISSEMINATE ***
--END--
```

***** END OF RESPONSE *****

26-Aug-21 08:16:28 - - - - - - - - - Cleared Notebook - - - - - - - - - - - - - - - - - - 58 (Carrie Belveal)
Clear Incident 21-15097 (OUTS) 25 - Assist Citizen
JASO Patrol 316 Beat: 2
Matt Honas - 316

| OUTS - JASO - Call History Synopsis | Pg 4 of 4 |
|---|---|

1022

26-Aug-21 08:16:35 - - - - - - - - - Cleared Notebook - - - - - - - - - - - - - - - - - 58 (Carrie Belveal)
Clear Incident 21-15097 (OUTS) 25 - Assist Citizen
JASO Patrol 311 Beat: 2
Kendal Grimm - 311

vehicles been moved