# EXHIBIT 34



*Prairie Band Potawatomi Nation*

*16281 Q Road*
*Mayetta, KS 66509*
*Phone (785) 966-3910*
*Toll Free (866) 277-3722*
*Fax (785) 966-3950*

Wednesday, September 10, 2025

# CERTIFICATION DEGREE OF INDIAN BLOOD

This is to certify that Kenneth Ordell Aitkens, born on 12/29/1998 is an enrolled member on Prairie Band Potawatomi Nation Roll, and official record for this office, identified by Enrollment Number 2862U11918, and the following degree of Indian Blood:



| **Prairie Band Potawatomi Nation** | 862 | 11/32 |
|---|---|---|
| Citizen Band Potawatomi Tribe of Oklahoma | | 3/64 |
| Winnebago Tribe of Nebraska | 383 | 1/8 |
| Total Indian Blood | | 33/64 |

Kateri Yvette Dayson
Admin

**ANY ALTERATION IN THE ABOVE CERTIFICATE AUTOMATICALLY RENDERS IT NULL AND VOID**

PBPN-000808