# EXHIBIT 35

PRAIRIE BAND POTAWATOMI NATION
TITLES AND REGISTRATION
16344 Q ROAD
MAYETTA, KS 66509

| Date: 10/15/2021 | | |
|---|---|---|
| Plate: 2086 Decal: | DL# - | |
| Registration Expires: 2/28/2022 | | |
| Make: TOYO | Model: AVALON | Year: 2003 |
| Color: WHITE | Style: 4D | |
| VIN: 4T1BF28B23U336105 | mileage: ACTUAL | |
| Empty Weight: NA | Gross Weight: 0 | |
| Lien: | | |
| Name: AITKENS KENNETH 14150 N1 LANE MAYETTA KS,66509 | | |
| Second Name: | | |
| Policy Holder: Insurance Policy Number: EXPIRES: | | |
| Company: | | |

I hereby certify that I am a resident or have a bonafide place of residency on the Praire Band Potawatomi Nation Reservation and that I am an owner of and have in effect financial security for the above mentioned vehicle as required by Tribal Code. The said vehicle is domiciled on the PBPN Reservation. I certify that all liens and/or encumbrances, if any, are listed and the information on this application is true and correct to the best of my knowledge. FALSE CERTIFICATION CAN RESULT IN CRIMINAL PROSECUTION.

Owners Signature:

Amount Received: 0.00

ATTENTION LAW ENFORCEMENT: TO OBTAIN INFORMATION
SEND TELETYPE USING NLETS OR KLETS TO: KSDI00200
CALL DEPARTMENT AT 785-966-3024 OR 877-727-6743

PBPN-000809