# EXHIBIT 38



11:03

‹ **771**

A

Amit ›

iMessage
Mar 20, 2024 at 4:38 PM

Hi Tim this is Amit from Holton Indian country. James gave me your number to meet with you at the location?

Mar 25, 2024 at 8:59 AM

Good morning Tim. This is Amit from Snak Atak gas station.

Morning

I will be there by court house 11 am sir

Who may I ask for when I get there?

Are you be there as well

iMessage




MORSE_000035



11:04

‹ 771

A

Amit ›

Sure, thanks

May 28, 2024 at 8:15 AM

Good morning Sir ! We received this email yesterday. Attaching you a pic so you can take a look at. Please advise what do we need to do here .



T  Tonya Negonsott-Rodvelt          May 27  ☆
To: Me & 3 more ⌄

Please be advised the Tax Commission is providing your business 24 hours in advance notice of an upcoming inspection expected on Tuesday, May 28, 2024.

Additionally, the Outstanding reports, invoices, and sales tax can be collected upon our arrival as well.

Thank you in advance for your cooperation in this matter.

Tonya Negonsott-Rodvelt, PBPN Tax Director
Get Outlook for iOS



You pay taxes to the state . I would ask them to leave. This is not Tribal property.

iMessage

11:03

‹ 771



**A**

**Amit** ›

Mar 25, 2024 at 7:02 PM

How did things go?

We had nice meeting with commissioners. They were very friendly and helpful. They gave us some advice to get Attorney

And we're working on it Thank you very much for your all help and support

Well, I hope the best for you. Hopefully things will get smoothed out. Let me know if there's anything I can do to help.

Sure, thanks

May 28, 2024 at 8:15 AM

 iMessage 

MORSE_000037



11:03

< 771

A

Amit >

Are you be there as well sir?

County commissioners- Keith, Dan and Mark. I will not be there this time. Go into the north door, first floor and first door on left.

I will, thank you sir

They want to hear what the tribe is doing to you.

Yes sir

I will explain it to you them every thing

They want to help if they can

Sure thanks

+        iMessage        🎤

MORSE_000038



11:04

< 771          A
              Amit >

what do we need to do here .



Tonya Negonsott-Rodvelt          May 27
To: Me & 3 more

Please be advised the Tax Commission is providing your business 24 hours in advance notice of an upcoming inspection expected on Tuesday, May 28, 2024.

Additionally, the Outstanding reports, invoices, and sales tax can be collected upon our arrival as well.

Thank you in advance for your cooperation in this matter.

Tonya Negonsott-Rodvelt, PBPN Tax Director
Get Outlook for iOS

You pay taxes to the state . I would ask them to leave. This is not Tribal property.

Ok thank you sir

Don't give them any money

**Delivered**

I will not

   iMessage

MORSE_000039