# EXHIBIT 40

## OUTS - JASO - Call History Synopsis

Pg 1 of 2

Occurrence Number: **OUTS**
Date Reported: **2024-05-28 17:46:57**
Complaint Type: **45 - Miscellaneous**
Location: **Indian County Mini Mart**
**20330 Us 75 Hwy, Holton**

Clear Type: **Notebook**
Officer: **Jose Martinez - 315**

---

28-May-24 17:46:57 - - - - - - - - - Entered - - - - - - - - - - - - - - - - - 57 (Bethany Streeter)
45 - Miscellaneous (Non-Emerg)
Source: Phone

Reporting Person: raja rain
Phone: 7857874747
Location: Indian County Mini Mart - 20330 Us 75 Hwy, Holton

tribal pd employees are saying they won't leave

28-May-24 17:48:00 - - - - - - - - - Initiated - - - - - - - - - - - - - - - - - 57 (Bethany Streeter)
[Entry Time: 28-May-24 17:46:57]

28-May-24 17:50:08 - - - - - - - - - Dispatched - - - - - - - - - - - - - - - - - 57 (Bethany Streeter)
JASO Patrol 309 Beat: 2
Maverick Ohlde - 309

28-May-24 17:51:39 - - - - - - - - - Dispatched - - - - - - - - - - - - - - - - - 55 (Megan Shea)
JASO Patrol 316 Beat: 2
Bryce Whelpley - 316

28-May-24 17:52:33 - - - - - - - - - Dispatched - - - - - - - - - - - - - - - - - 55 (Megan Shea)
JASO Patrol 315 Beat: 2
Jose Martinez - 315

28-May-24 17:52:36 - - - - - - - - - On Scene - - - - - - - - - - - - - - - - - 55 (Megan Shea)
JASO Patrol 315 Beat: 2
Jose Martinez - 315

Indian County Mini Mart - 20330 Us 75 Hwy, Holton

28-May-24 17:52:42 - - - - - - - - - On Scene - - - - - - - - - - - - - - - - - 55 (Megan Shea)
JASO Patrol 309 Beat: 2
Maverick Ohlde - 309

Indian County Mini Mart - 20330 Us 75 Hwy, Holton

28-May-24 17:54:54 - - - - - - - - - Memo - - - - - - - - - - - - - - - - - 55 (Megan Shea)
313 and 301 were advised

28-May-24 17:59:00 - - - - - - - - - On Scene - - - - - - - - - - - - - - - - - 55 (Megan Shea)
JASO Patrol 316 Beat: 2
Bryce Whelpley - 316

Indian County Mini Mart - 20330 Us 75 Hwy, Holton

28-May-24 18:29:42 - - - - - - - - - Cleared Notebook - - - - - - - - - - - - - - - - - 55 (Megan Shea)
Clear Incident 24-8852 (OUTS) 45 - Miscellaneous
JASO Patrol 309 Beat: 2

28-May-24 18:29:45 - - - - - - - - - Cleared Notebook - - - - - - - - - - - - - - - - - 55 (Megan Shea)
Clear Incident 24-8852 (OUTS) 45 - Miscellaneous
JASO Patrol 316 Beat: 2

28-May-24 18:29:47 - - - - - - - - - Cleared Notebook - - - - - - - - - - - - - - - - - 55 (Megan Shea)
Clear Incident 24-8852 (OUTS) 45 - Miscellaneous
JASO Patrol 315 Beat: 2

**OUTS - JASO - Call History Synopsis**

MORSE_000010