# EXHIBIT 41

# IMG_0783.JPEG

# Bates Number PBPN-000740

# Produced in native format

PBPN-000740

