# EXHIBIT 42

May 28, 2024, JCSO Dispatch Audio File (MORSE_000017)
**(FILED CONVENTIONALLY)**