# EXHIBIT 45

Page 1

```
 1  .
 2          UNITED STATES DISTRICT COURT
 3           FOR THE DISTRICT OF KANSAS
 4  .
 5  .
 6  PRAIRIE BAND POTAWATOMI NATION,
 7        Plaintiff,
 8  .
 9     vs.      Case No. 5:14-cv-04066-KHV-RES
10  .
11  JACKSON COUNTY SHERIFF TIM
12  MORSE, in his official capacity,
13        Defendant.
14  .
15  .
16          DEPOSITION OF
17        TONYA NEGONSOTT-RODVELT,
18  taken on behalf of the Defendant, pursuant to
19  Notice to Take Deposition, beginning at 12:58 p.m.
20  on the 9th day of December, 2025, at Fisher,
21  Patterson, Sayler & Smith, 3550 S.W. 5th Street,
22  in the City of Topeka, County of Shawnee, and
23  State of Kansas, before Sandra S. Biggs, Kansas
24  CCR No. 0716.
25  .
```

Page 2

```
 1          APPEARANCES
 2  .
 3  ON BEHALF OF THE PLAINTIFF:
 4  .
 5    Mr. Klint A. Cowan
 6    Lippes Mathias
 7    201 Robert Avenue, Suite 235
 8    Oklahoma City, Oklahoma  73102
 9    405-456-0030
10    kcowan@lippes.com
11  .
12  .
13  ON BEHALF OF THE DEFENDANT:
14  .
15    Mr. David R. Cooper
16    Fisher, Patterson, Sayler & Smith
17    3550 S.W. 5th Street
18    Topeka, KS  66606
19    785-232-7761
20    dcooper@fpsslaw.com
21  .
22  .
23  ALSO PRESENT:
24    Mr. Rory Wheeler
25    Sheriff Tim Morse
```

Page 3

```
 1            INDEX
 2  .
 3  .
 4  Certificate ----------------------------- 77
 5  .
 6  .
 7          WITNESS
 8  ON BEHALF OF THE PLAINTIFF:          PAGE
 9  TONYA NEGONSOTT-RODVELT
10  Direct-Examination by Mr. Cooper       5
11  Cross-Examination by Mr. Cowan        66
12  Redirect-Examination by Mr. Cooper      71
13  .
14  .
15          EXHIBITS
16  RODVELT DEPOSITION EXHIBIT NO.:        MARKED
17  No 2  Photo                    5
18  No 3  Prairie Band Potawatomi Nation
19     law code, Chapter 10        5
20  No 4  Prairie Band Potawatomi Nation
21     law code, Chapter 13        5
22  No 5  Prairie Band Potawatomi Nation
23     law code, Chapter 14        5
24  No 6  Prairie Band documents,
25     PBPN-249 - PBPN-286         5
```

Page 4

```
 1  No 7  Compact relating to cigarette
 2     and tobacco sales           5
 3  No 8  Prairie Band documents,
 4     PBPN-87 - PBPN-103          5
 5  No 9  Prairie Band documents,
 6     PBPN-810 - PBPN-1088        5
 7  .
 8  .
 9  .
10  .
11  .
12  .
13  .
14  .
15  .
16  .
17  .
18  .
19  .
20  .
21  .
22  .
23  .
24  .
25  .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E 1st Street N
Suite 200
Wichita, KS 67202
316-201-1612

Page 49

1  A.  I do not know the conversations that took
2  place outside of my office.  I can tell you
3  through communication with the Tax Commission who
4  may have had them conversations in the back
5  offices, I don't know, what was directed to me
6  from my immediate superiors is this would be
7  handed to Chief Clark after they signed it and
8  approved it.  He would issue that and we would
9  close the business.
10  Q.  Close the business and chain the doors
11  are different things?
12  A.  And chain the doors.  Okay.
13  Q.  So did you go there with chains?
14  A.  Yes.
15  Q.  Okay.
16  A.  And I handed them to Chief Clark.
17  Q.  Again, I've got -- we've got the body cam
18  video of the second visit from Chief Clark and I
19  think it was Deputy Martinez or Barnhart, one of
20  the two.  So what's on video is on video.  But
21  the business was not chained --
22  A.  Correct.
23  Q.  -- on May 28th, correct?
24  A.  Correct.
25  Q.  Who made that decision, if you know?

Page 50

1  A.  Chief Clark stated we would leave in
2  peace.
3  Q.  Okay.  Now, going back to your Exclusion
4  Complaint on pages Prairie Band 810, 811 and 812,
5  it's on page 812, you asked for an order to secure
6  the business location including, but not limited
7  to, chaining the doors, placing barricades around
8  the property to prevent access to the business
9  location, true?
10  A.  Yes.
11  Q.  Were chains ever applied to the Snak Atak
12  retail location?
13  A.  Not on May 28th, but yes.
14  Q.  When were they applied?
15  A.  During the seizure.
16  Q.  After you'd -- after there'd been an
17  Exclusion Complaint Form, notice and a hearing and
18  an order issued directing that you chain the
19  doors, correct?
20  A.  Correct.
21  Q.  Did you have any conversation, and I'm
22  asking this because other than a couple of
23  questions from you to the chief on video, I don't
24  see that you actually talked to any of the three
25  deputies who showed up at the Snak Atak on May 28.

Page 51

1  Did you have any conversation with any of the
2  deputy -- Jackson County sheriff's deputies who
3  were present on May 28, 2024?
4  A.  Nothing directly with the business, but I
5  recall walking to take pictures and I don't know
6  if I said hi, how are you doing.  It was some
7  small --
8  Q.  Okay.
9  A.  -- talk.
10  Q.  Was that where you were serving the Cease
11  and Desist Order or the earlier time you were
12  there to inspect?
13  A.  At this time, we would have been waiting
14  for Amal -- or, no, what's his name, Raja to get
15  there.  And I had been busy just taking pictures
16  so I could see who all was present.  And from
17  this picture, I walked back this way and I
18  remember telling, you know, hi or how are you
19  doing, nice day or something informal.
20  Q.  Okay.  And do you know who that was that
21  you talked to?
22  A.  No.
23  Q.  The three deputies who were there?
24  A.  It was Jackson County.
25  Q.  Well, the three deputies who were there

Page 52

1  were Whelpley, Ohlde and Martinez.  Do you know
2  any of those by name or sight?
3  A.  I know the W.  I have pictures of him.
4  Q.  Whelpley?
5  A.  I guess that's his last name.
6  Q.  On May 28, 2024, did you request a Cease
7  and Desist Order from the Tax Commission?  I know
8  you got one, but I'm wanting to know is did you
9  ask for it or were you given it without asking?
10  A.  I don't recall without my notes if I
11  asked the next step.
12  Q.  So in order to -- me to close that
13  loop because it's 34 of our proposed stipulation,
14  Clint, you were refused access for this -- for the
15  inspection by the folks who were at the Snak Atak
16  earlier in the day on May 28th, true?
17  A.  Yes.
18  Q.  You left the premises, went back to the
19  Government Center.  And the next time you left the
20  Government Center, you had a Cease and Desist
21  Order?
22  A.  Yes.
23  Q.  Okay.  Now, what you're not sure of is
24  whether you asked for it or if you just asked for
25  next steps.  There was the huddle between Darren

Appino & Biggs
Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W 95th Street          800 E 1st Street N
Topeka, KS 66604             Suite 101                   Suite 200
785-273-3063                 Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com          913-383-1131                316-201-1612

# TONYA NEGONSOTT-RODVELT

Page 77

```
1              CERTIFICATE
2    STATE OF KANSAS
3    COUNTY OF SHAWNEE
4        I, Sandra S. Biggs, a Certified Court
5    Reporter, Commissioned as such by the
6    Supreme Court of the State of Kansas,
7    and authorized to take depositions and
8    administer oaths within said State
9    pursuant to K.S.A 60-228, certify that
10   the foregoing was reported by
11   stenographic means, which matter was
12   held on the date, and the time and place
13   set out on the title page hereof and
14   that the foregoing constitutes a true
15   and accurate transcript of the same.
16       I further certify that I am not
17   related to any of the parties, nor am I
18   an employee of or related to any of the
19   attorneys representing the parties, and
20   I have no financial interest in the
21   outcome of this matter.
22       Given under my hand and seal this
23   19th day of December, 2025.
24       _____
25       Sandra S. Biggs, C.C.R No. 0716
```



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E 1st Street N
Suite 200
Wichita, KS 67202
316-201-1612