# EXHIBIT 46

# OATH OF OFFICE

I, Tim A. Morse, having been duly appointed a police officer of the Prairie Band Potawatomi Tribal Police, do solemnly swear (or affirm) that I will defend, enforce and obey, the Constitutions and laws of the United States and Prairie Band Potawatomi Nation. That I will obey the lawful orders of my superior officers and the regulations of the Prairie Band Potawatomi Tribal Police Department. That I will faithfully discharge my duties and responsibilities. That I will protect the rights, lives and property of all and uphold the honor of the police profession, with my life if need be.

This I do solemnly swear (or affirm),
On this 18th day of November 1999.

_____
Officer's Signature

_____
Tribal Official