**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

PRAIRIE BAND POTAWATOMI NATION,
a federally recognized Indian Tribe,
Plaintiff,

vs. Case No. 5:24-cv-4066-KHV-RES

JACKSON COUNTY SHERIFF TIM MORSE,
Defendant.

**Stipulation of Dismissal**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties who have appeared hereby stipulate that all claims by plaintiff against defendant are hereby dismissed. The parties shall bear their own costs and fees.

s/Jere D. Sellers
Jere D. Sellers, KS #16405
Rachel E. North, D.Kan. #79121
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Tel: (816) 691-3190 | Fax: (816) 412-8195
jere.sellers@stinson.com |
rachel.north@stinson.com

Carol E. Heckman, Pro Hac Vice
Klint A. Cowan, Pro Hac Vice
LIPPES MATHIAS LLP
50 Fountain Place, Suite 1700
Buffalo, New York 14202
Tel: (716) 853-5100 | Fax: (716) 853-5199
checkman@lippes.com
kcowan@lippes.com

Timothy K. Shaw II, Pro Hac Vice
Naomie A. Droll, Pro Hac Vice
LIPPES MATHIAS LLP
1900 K Street NW, Suite 730
Washington, D.C. 20006
Tel:(202) 888-7610
ndroll@lippes.com
***Attorneys for Plaintiff***

s/David R. Cooper
David R. Cooper #16690
Charles E. Branson #17376
Daniel C. Sloan #29193
Fisher, Patterson, Sayler & Smith, LLP
3550 SW 5th Street | Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com |
cbranson@fpsslaw.com
dsloan@fpsslaw.com
***Attorneys for Defendant***