**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**PRAIRIE BAND POTAWATOMI NATION,**

**Plaintiff,**

**v.** **Case No. 5:24-cv-04066-KHV**

**JACKSON COUNTY SHERIFF TIM MORSE,** and
**JACKSON COUNTY SHERIFF'S OFFICE,**

**Defendants.**

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**Consistent with the MEMORANDUM AND ORDER [Doc. 25] filed on February 10, 2025, the Court dismissed plaintiff's claims against defendant Jackson County Sheriff's Office.**

**Pursuant to the STIPULATION OF DISMISSAL [Doc. 106] filed August 21, 2026, the remaining parties to this action stipulate that all claims by plaintiff against defendant Jackson County Sheriff Tim Morse are dismissed.**

**This case is closed.**

Dated: 8/21/2026

SKYLER B. O'HARA,
CLERK OF THE DISTRICT COURT

by:

/s/ Jeffrey S. Hokanson
Deputy Clerk